2000 GENERAL ELECTION
CITY OF NEW YORK

STATEMENT AND RETURN
OF THE VOTES FOR THE OFFICE OF
PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES

February 21, 2001
PAGE:   1A

NO. OF CANDIDATES TO BE ELECTED:   1

CITY OF NEW YORK

| COUNTIES | RIGHT TO LIFE 1F P BUCHANAN E FOSTER | GREEN PARTY 1G R NADER W LA DUKE | WORKING FAMILIES 1H A GORE J LIEBERMAN | BUCHANAN REFORM 1I P BUCHANAN E FOSTER | CONSTITUTION 1J H PHILLIPS J FRAZIER | LIBERTARIAN 1K H BROWNE A OLIVER | SOCIALIST WORKERS 1L J E HARRIS M TROWE | SCAT VOTE | UNRE CORD VOTE |
|---|---|---|---|---|---|---|---|---|---|
| NEW YORK | 756 | 31172 | 13916 | 253 | 76 | 1004 | 174 | 74 | 25744 |
| BRONX | 694 | 4265 | 5185 | 227 | 54 | 117 | 109 | 15 | 15228 |
| KINGS | 983 | 20058 | 17378 | 416 | 142 | 420 | 145 | 54 | 25326 |
| QUEENS | 1544 | 13720 | 7589 | 345 | 87 | 385 | 109 | 61 | 20141 |
| RICHMOND | 500 | 3550 | 1653 | 53 | 17 | 96 | 20 | 8 | 2396 |
| TOTAL | 4477 | 72765 | 45721 | 1294 | 376 | 2022 | 557 | 212 | 88835 |

```
                                    2000 GENERAL ELECTION                          February 21, 2001
                                       CITY OF NEW YORK                                   PAGE:    1

                                     STATEMENT AND RETURN
                              OF THE VOTES FOR THE OFFICE OF
                               PRESIDENT AND VICE PRESIDENT
                                    OF THE UNITED STATES

                                                                 NO. OF CANDIDATES TO BE ELECTED:   1

CITY OF NEW YORK                                                         R E C A P I T U L A T I O N

                                                         REPUBLICAN  DEMOCRATIC  INDEPENDENCE  CONSERVATIVE    LIBERAL
           TOTAL   ABS/                         TOTAL         1A          1B         1C             1D           1E
COUNTIES  PUBLIC   MIL         EMERG   VALID    VOTE        G W BUSH    A GORE    J HAGELIN      G W BUSH     A GORE
--------  COUNTER  BALLOT  FED BALLOT  AFFID    THIS        D CHENEY  J LIEBERMAN N GOLDHABER    D CHENEY  J LIEBERMAN
                                       BALLOT   OFFICE

NEW YORK  542124   28312   2005  4046  20232 *  596750 *     79487      432815        861          2626         7792
BRONX     299124    5914    548  1551  15769 *  323291 *     33224      256322        536          3021         4294
KINGS     592135   13631   1158 13018  22621 *  642563 *     90366      472399        897          6243         7736
QUEENS    545483   13460   1415  1765  13427 *  576132 *    113528      401067        721          8524         8311
RICHMOND  135116    4469     72   337   4505 *  144525 *     59187       70922        154          4716         1253
                                                      *
TOTAL    2113982   65786   5198 20717  76554 * 2283261 *    375792     1633525       3169         25130        29386
```

WE CERTIFY THIS STATEMENT TO BE CORRECT, AND HAVE CAUSED THE SAME
TO BE ATTESTED BY THE SIGNATURES OF THE MEMBERS OF THIS BOARD, OR
A MAJORITY THEREOF, ON THIS 21ST DAY OF February, 2001

.................             ..................   CHAIRMAN
   SECRETARY                   ..................
                               ..................
                                  CANVASSING BOARD