**William E. Murawski**  530 West 50th Street Apt 5A
New York, N.Y. 10019
(212) 246-7811  (646) 351-2543

**Professional Experience**

---

Mar 1994 - May 1997  **NEW YORK CITY HOUSING AUTHORITY (NYCHA)**
**Systems and Business Analyst**
- As member of Certificate of Insurance Committee, worked with Risk Manager to analyze and document the requirements and business processes to reduce the insurance liability of NYCHA.
- Worked with Records Management Officer to develop NYCHA plan to reduce costs and improve productivity using document management & work flow technologies comply with Hierarchical Storage Management (HSM) standards.
- Analysis and design of the technical interfaces between the Automated Timekeeping Information System (ATIS) and the current and new payroll systems in addition to the Employee Identification System (EIS).
- Development of hardware installation and software test plans to ensure integrity of timekeeping functions of AS400 based ATIS for over 20 labor unions at central office and more than 325 remote locations.
- Worked closely with Law Department to develop contractual agreement for ATIS.

Dec 1988 - Mar 1994  **CONSULTANT - New York, New York**
**Business and System Analysis/Software Development/Networks**
- Consultation services to deliver automation processes with both off-the-shelf and custom software. Designed & installed Novell networks.
- Designed and developed wallpaper selection and business information applications for CADET Software Corp.
- Developed custom application to catalog news stories for press department of the Il Moro Di Venezia in 1992 America's Cup.
- Designed and installed a hardware fault tolerant Novell 3.1 LAN solution at the Gramercy Park Hotel.
- Developed custom purchasing, invoicing and cost control applications on Novell LAN for Whitey's Hardware Corp.

Jun 1987 - Dec 1988  **QUOTRON SYSTEMS, INC. - New York, New York**
Dec 1985 - Dec 1986  **Management Systems Analyst**
- Identified management requirements and implemented solutions for corporate order fulfillment system (CSS).
- Designed user interfaces and directed software development that improved order fulfillment process.
- Developed standardization of ordering process resulting in higher accuracy of order fulfillment that improved customer service.

**New York Regional Manager**
- Responsible for Installations and Logistics Departments.
- Instituted new policies to eliminate redundant tasks for efficient work flow.
- Implemented standardized customer service process based on pilot success.

**Project Manager**
- Management of major project rollouts for Goldman Sachs, First Boston, and Dean Witter on national and international levels.
- Designed and implemented a LAN based order fulfillment model that identified, defined and demonstrated corporate and customer business requirements.
- Developed and implemented pilot project that standardized & improved customer service processes for Goldman Sachs, First Boston & Dean Witter.

**Regional Technical Support Engineer**
- Provided hardware and UNIX software support to field engineers.
- Coordination with National Technical Support on hardware/software issues.
- Developed a corporate software manual for Technical Support Engineers.
- Researched and developed procedures for maintaining new and existing products.

| | |
|---|---|
| Oct 1983 - Dec 1985 | **VIA VIDEO, INC. - New York, New York**<br>**Regional Customer Service Manager - Imaging & Computer Graphics**<br>- Installed, QA'd and maintained System I & II computer graphic imaging systems.<br>- Coordinated imaging design issues with Corporate Engineering Department.<br>- Liaison between clients and Marketing Department regarding imaging. design, document management and technical issues with Product Design, Animation, Business Graphics and Plannogramming as it pertains to pre-press applications.<br>- Liaison with Engineering Department and selected alpha/beta clients with RGB to NTSC development for television and video production studios, proprietary scanning methods and development of digitally recording of images on optical recording devices. |
| Apr 1981 - Oct 1983<br>Dec 1986 - June 1987 | **TANDEM COMPUTERS, INC. - New York, New York**<br>**CE Site Supervisor at Securities Industry Automation Corporation**<br>- Supervised staff of eleven for the overall support functions of all Tandem Systems at SIAC including those associated with the New York and American Exchanges.<br>- Planned and directed all system upgrades and new installations.<br>- Met daily with customer regarding the status of all systems.<br>- Developed and implemented inventory control process with a .04% discrepancy rate on a one million dollar plus valued inventory.<br>- Assisted in developing and implementing preventative and remedial maintenance as well as engineering change procedures.<br>- Achieved uptime of 100% during prime time trading hours for all systems. |
| July 1969 - Apr 1981 | **CONTROL DATA CORPORATION - New York, New York**<br>**Eastern Region Technical Support Engineer**<br>- Hardware and software support for products which included standard and non-standard peripherals as well as large and medium scale mainframes.<br>- Furnished on-site assistance to the field engineer when required.<br>- Coordinated support efforts with National Technical Support.<br>- Developed and implemented troubleshooting seminars. Field engineer training.<br>- Support of one of a kind NADC system for helicopter and jet fighter simulators.<br>- Consulted by National Technical Support on issues regarding specific products.<br>- Answered technical inquiries and maintained FCO status in areas of responsibility.<br>- Instructor at Control Data Institute for Computer Technology. |
| **S/W & Misc Exp:** | Novell Netware; MSDOS; Unix; AS400; Sybase; Microsoft NT, Windows 95, 3.1 and Workgroups; WordPerfect for Windows and DOS; MicroSoft Word; Basic; Visual Basic; Cobol; Fortran; Clarion; PowerBuilder 3.0; DBASEIII & IV; Paradox; Powersoft Client Server; Data Base Design and Normalization; User Interface Design; Definition of Business Rules for Analysis Tasks; QA Testing. |
| **Misc Seminars:** | Cost and Elements of Document Management Implementation; Instructor Techniques; Management Skills; Negotiating Techniques |
| **References:** | Upon Request |