# Analysis of the Certified Election Results

## General Election of November 6, 2001 in the City of New York

Compiled and Written by William E. Murawski

There are two parts to the Analysis of the Certified Election Results (ACER) for the General Election held in the City of New York on November 6, 2001 (hereinafter referred to as "the Election").

The first part of ACER is titled **Part I: A Comparative Analysis of Voters in the Election**. It utilizes information from the certified election results of the Board of Elections for the City of New York (hereinafter referred to as "the Board") for the Election, the voter registration rolls provided by the Board that is dated November 5, 2001, and statistical data from the United States Census Bureau for the year 2000 census for a comparative analysis of voters. The analysis is based on the total population, the total population that is of the legal age to vote and the entire population of registered voters in the City of New York.

The second part of ACER is titled **Part II: An Analysis of Unrecorded Votes in the Election** that focuses on the number of voters whose votes were not or could not be recorded (counted). The word "recorded" is used throughout ACER because it is the term that the Board uses for votes that have been counted. It is apparent that the Board also uses the term "unrecorded votes" instead of the more common term "votes that were not counted" when it describes the situation when a person casts a vote and that vote is not counted. Therefore the terms "unrecorded votes" or "votes that were not or could not be recorded" are used instead of the more popular phrase "votes that were not or could not be counted".

The analysis of the voters are presented on city and borough-wide basis for the elections of the Mayor, Public Advocate, Comptroller, Borough Presidents and City Council of the City of New York by using the sources of information provided by the Board and the United States Census. The political unit described as a "borough" on the comparative summaries in ACER is also referred to as a county of which there are five in the City of New York. However, for simplification purposes, all references to the county as a political unit will be made using the word "borough" because that is the most familiar term used and understood by the general population. The name of the county will be sometimes noted in parenthesis in parts of ACER to keep the reader aware that the words "borough" and "county" are synonymous in terms of ACER.

The results of the comparative analysis in ACER clearly reveals the level of participation of the people of the people of the City of New York in the Election and raises questions about the management and oversight of the electoral process by the Board of Elections for the City of New York for the general election that was held in the City of New York on November 6, 2001. All percentages in ACER are rounded the nearest full number.

It should be noted that three of the five boroughs of New York City -- Manhattan, Brooklyn and the Bronx -- are covered by Section 5 of the Voting Rights Act.

Copyright 2004 William E. Murawski All Rights Reserved

# Part I: A Comparative Analysis of Voters in the Election

## A: City Wide Summary of Voters and Elective Offices

This city wide summary analyzes voters who voted in the November 6, 2001 General Election in the City of New York and the percentages of voters who **elected candidates** to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough Presidents and the City Council.

Analysis of voters is made on a city-wide basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, all of the statements designated with the letters a, b and c immediately below this paragraph regarding the election of the Mayor of the City of New York, the Public Advocate of the City of New York, the Comptroller of the City of New York, the Borough Presidents of all boroughs of the City of New York, and all City Council Members of the City of New York are considered to be factual. See Tables CAV-1, CAV-2, and CAV-3 on page 20 for reference.

### 1. Election for the Mayor of the City of New York

a. **9%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Mayor.
b. **12%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor.
c. **20%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Mayor.

### 2. Election for the Public Advocate of the City of New York

a. **11%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **13%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Public Advocate.
c. **23%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Public Advocate.

### 3. Election for the Comptroller of the City of New York

a. **11%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Comptroller.
b. **13%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **21%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Comptroller.

Copyright 2004 William E. Murawski All Rights Reserved

**4. Elections for All Borough Presidents of the City of New York**

a. 10% of the population of the City of New York who their votes recorded (counted) by the Board elected all Borough Presidents.

b. 13% of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected all Borough Presidents.

c. 22% of the population of registered voters of the City of New York who had their votes recorded (counted) by the Board elected all Borough Presidents.

**5. Elections for All City Council Members**

a. 10% of the population of the City of New York who had their votes recorded (counted) by the Board elected all City Council Members.

b. 14% of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected all City Council Members.

c. 22% of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected all City Council Members.

Copyright 2004 William E. Murawski All Rights Reserved

## B: City-Wide and Borough Comparison of Voters

This city-wide and borough wide summaries analyze people who who voted in the general election on November 6, 2001 in the City of New York either by going to the polls and voted by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. Votes that were recorded (counted) and votes that were not or could not be recorded (counted) are **included** in the summaries.

Analysis of the voters are made below on a city-wide and borough basis using the statistical data from the United States Census Bureau for the year 2000 and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, all of the information in the statements designated with the letters a, b and c below this paragraph regarding the elections of the Mayor of the City of New York, the Public Advocate of the City of New York, the Comptroller of the City of New York, the Borough Presidents of all boroughs of the City of New York, and all City Council Members of the City of New York are considered to be factual. See Table CAV1 on page 21 for information from all sources mentioned.

### 1. Voters in the City of New York

a. **19%** of the total population of the City of New York voted.
b. **25%** of total population who are of the voting age in the City of New York voted.
c. **41%** of the registered voters in the City of New York voted.

### 2. Voters in the Borough of Manhattan – New York County

a. **26%** of the total population of the Borough of Manhattan voted.
b. **31%** of total population who are of the voting age in the Borough of Manhattan voted.
c. **45%** of the registered voters in the Borough of Manhattan voted.

### 3. Voters in the Borough of the Bronx – Bronx County

a. **14%** of the total population of the Borough of the Bronx voted.
b. **21%** of total population who are of the voting age in the Borough of the Bronx voted.
c. **33%** of the registered voters in the Borough of the Bronx voted.

### 4. Voters in the Borough of Brooklyn – Kings County

a. **17%** of the total population of the Borough of Brooklyn voted.
b. **24%** of total population who are of the voting age in the Borough of Brooklyn voted.
c. **38%** of the registered voters in the Borough of Brooklyn voted.

### 5. Voters in the Borough of Queens – Queens County

a. **18%** of the total population of the Borough of Queens voted.
b. **23%** of total population who are of the voting age in the Borough of Queens voted.
c. **42%** of the registered voters in the Borough of Queens voted.

### 6. Voters in the Borough of Staten Island – Richmond County

a. **25%** of the total population of the Borough of Staten Island voted.
b. **34%** of total population who are of the voting age in the Borough of Staten Island voted.
c. **49%** of the registered voters in the Borough of Staten Island voted.

Copyright 2004 William E. Murawski All Rights Reserved

## C: Comparative Analysis of Voters in the Borough of Manhattan
(New York County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Manhattan. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of Manhattan to represent them in the government of the City of New York in the offices of Mayor, Public Advocate. Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who members had their **votes recorded (counted)** for all candidates in the elections in the Borough of Manhattan for Mayor, Public Advocate, Comptroller, Borough President of Manhattan and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis for people who voted in the November 6, 2001 General Election in the Borough of Manhattan and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate. Comptroller, Borough President of Manhattan and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Manhattan in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Manhattan for the Mayor, Public Advocate, Comptroller, the Borough President of Manhattan and the City Council are considered factual. See Table CAV2-M on page 22 for reference.

**1. Election for Mayor in the Borough of Manhattan – New York County**

a. **12%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Mayor.
b. **14%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **21%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the Mayor.

**2. Election for Public Advocate in the Borough of Manhattan – New York County**

a. **16%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **19%** of the population in Manhattan who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **28%** of the population of registered voters in Manhattan who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski All Rights Reserved

**3. Election for the Comptroller in the Borough of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Comptroller.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **26%** of the population of registered voters in Manhattan who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.
c. **26%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.

**5. Elections for the City Council Members in the Borough of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the City Council Members.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **26%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of Manhattan analyzes voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Manhattan for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (unrecorded).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Manhattan for Mayor, Public Advocate, Comptroller, Borough President of Manhattan and City Council are considered factual. See Table CAV3-M on page 23 for reference.

Copyright 2004 William E. Murawski All Rights Reserved

**1. Election for Mayor in the Borough of Manhattan – New York County**
a. **25%** of the population of Manhattan voted for the election of Mayor and had their votes recorded (counted).
b. **30%** of the population of Manhattan who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **44%** of the population of registered voters in Manhattan voted for Mayor and had their votes recorded (counted).

**2. Election for Public Advocate in the Borough of Manhattan – New York County**
a. **18%** of the population of Manhattan voted for Public Advocate and had their votes recorded (counted).
b. **22%** of the population in Manhattan who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **32%** of the population of registered voters in Manhattan voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Manhattan – New York County**
a. **18%** of the population of Manhattan voted for the Comptroller and had their votes recorded (counted).
b. **21%** of the population of Manhattan who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **31%** of the population of registered voters in Manhattan voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Manhattan – New York County**
a. **20%** of the population of Manhattan voted for the Borough President and had their votes recorded (counted).
b. **24%** of the population of Manhattan who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **36%** of the population of registered voters in Manhattan who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Manhattan – New York County**
a. **21%** of the population of Manhattan voted for City Council and had their votes recorded (counted).
b. **24%** of the population of Manhattan who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **37%** of the population of registered voters in Manhattan voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski All Rights Reserved

## D: Comparative Analysis of Voters in the Borough of the Bronx
(Bronx County)

There are two summaries in the Comparative Analysis of Voters in the Borough of the Bronx. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of the Bronx to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people whohad their **votes recorded (counted)** for all candidates in the elections in the Borough of the Bronx for Mayor, Public Advocate, Comptroller, Borough President of the Bronx and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis for people who voted in the November 6, 2001 General Election in the Borough of the Bronx and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of the Bronx and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of the Bronx in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of the Bronx for the Mayor, Public Advocate, Comptroller, the Borough President of the Bronx and the City Council are considered factual. See Table CAV2-B on page 22 for reference.

**1. Election for Mayor in the Borough of the Bronx – Bronx County**

a. **6%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Mayor.

b. **9%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .

c. **14%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the Mayor.

**2. Election for Public Advocate in the Borough of the Bronx – Bronx County**

a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Public Advocate.

b. **12%** of the population in the Bronx who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

c. **19%** of the population of registered voters in the Bronx who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski All Rights Reserved

**3. Election for the Comptroller in the Borough of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Comptroller.
b. **11%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **18%** of the population of registered voters in the Bronx who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.
b. **12%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.
c. **19%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.

**5. Elections for the City Council Members in the Borough of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the City Council Members.
b. **12%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **19%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of the Bronx compares people who voted in the November 6, 2001 general election in the City of New York whose members voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of the Bronx for the elective offices of Mayor. Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (counted).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information. the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of the Bronx for Mayor, Public Advocate. Comptroller. Borough President of the Bronx and City Council are considered factual. See Table CAV3-B on page 23 for reference.

**1. Election for Mayor in the Borough of the Bronx – Bronx County**
a. **14%** of the population of the Bronx voted for the election of Mayor and had their votes recorded (counted).
b. **20%** of the population of the Bronx who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **32%** of the population of registered voters in the Bronx voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski All Rights Reserved

**2. Election for Public Advocate in the Borough of the Bronx – Bronx County**

a. **9%** of the population of the Bronx voted for Public Advocate and had their votes recorded (counted).
b. **13%** of the population in the Bronx who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **37%** of the population of registered voters in the Bronx voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of the Bronx – Bronx County**

a. **9%** of the population of the Bronx voted for the Comptroller and had their votes recorded (counted).
b. **13%** of the population of the Bronx who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **20%** of the population of registered voters in the Bronx voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of the Bronx – Bronx County**

a. **10%** of the population of the Bronx voted for the Borough President and had their votes recorded (counted).
b. **15%** of the population of the Bronx who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **24%** of the population of registered voters in the Bronx who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of the Bronx – Bronx County**

a. **11%** of the population of the Bronx voted for City Council and had their votes recorded (counted).
b. **15%** of the population of the Bronx who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **24%** of the population of registered voters in the Bronx voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski All Rights Reserved

## E: Comparative Analysis of Voters in the Borough of Brooklyn
(Kings County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Brooklyn. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of Brooklyn to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who had their **votes recorded (counted)** for all candidates in the elections in the Borough of Brooklyn for Mayor, Public Advocate, Comptroller, Borough President of Brooklyn and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Brooklyn and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Brooklyn and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Brooklyn in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Brooklyn for the Mayor, Public Advocate, Comptroller, the Borough President of Brooklyn and the City Council are considered factual. See Table CAV2-K on page 22 for reference.

**1. Election for Mayor in the Borough of Brooklyn – Kings County**

a. **8%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Mayor.
b. **10%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **17%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the Mayor.

**2. Election for Public Advocate in the Borough of Brooklyn – Kings County**

a. **10%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **14%** of the population in Brooklyn who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **22%** of the population of registered voters in Brooklyn who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski All Rights Reserved 

**3. Election for the Comptroller in the Borough of Brooklyn – Kings County**

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Comptroller.

b. **13%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.

c. **20%** of the population of registered voters in Brooklyn who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Brooklyn – Kings County**

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

b. **12%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

c. **20%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

**5. Elections for the City Council Members in the Borough of Brooklyn – Kings County**

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the City Council Members.

b. **13%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.

c. **21%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of Brooklyn demonstrates voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Brooklyn for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (unrecorded).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Brooklyn for Mayor, Public Advocate, Comptroller, Borough President of Brooklyn and City Council are considered factual. See Table CAV3-K on page 23 for reference.

**1. Election for Mayor in the Borough of Brooklyn – Kings County**

a. **17%** of the population of Brooklyn voted for the election of Mayor and had their votes recorded (counted).

b. **23%** of the population of Brooklyn who are of the legal voting age voted for Mayor and had their votes recorded (counted).

c. **37%** of the population of registered voters in Brooklyn voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski All Rights Reserved

**2. Election for Public Advocate in the Borough of Brooklyn – Kings County**
a. **11%** of the population of Brooklyn voted for Public Advocate and had their votes recorded (counted).
b. **15%** of the population in Brooklyn who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **20%** of the population of registered voters in Brooklyn voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Brooklyn – Kings County**
a. **11%** of the population of Brooklyn voted for the Comptroller and had their votes recorded (counted).
b. **15%** of the population of Brooklyn who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **24%** of the population of registered voters in Brooklyn voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Brooklyn – Kings County**
a. **12%** of the population of Brooklyn voted for the Borough President and had their votes recorded (counted).
b. **16%** of the population of Brooklyn who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **27%** of the population of registered voters in Brooklyn who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Brooklyn – Kings County**
a. **13%** of the population of Brooklyn voted for City Council and had their votes recorded (counted).
b. **18%** of the population of Brooklyn who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **28%** of the population of registered voters in Brooklyn voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski All Rights Reserved