

This 1999 map by the Campaign Finance Board of New York City Council 3 shows the north end of the district ends at 55th Street where thousands of residents live in multiple high rise buildings maintained by the New York City Housing Authority and HUD. The residents in said buildings know Bill Murawski well because the residents and their families use DeWitt Clinton Park and are fully aware that Bill Murawski saved the park from a 20 year privatization.



This 2002 map of the New York City Council District 3 shows the north end of the district ends at at the south side of 54th street, which borders on the park. The district was gerrymandered against Bill Murawski to prevent thousands of residents living in multiple high rise buildings maintained by the New York City Housing Authority and HUD from voting for him and signing petitions for him.