EF159455146US

FREDERIC M. UMANE
PRESIDENT

ROSANNA VARGAS
SECRETARY

JOSE MIGUEL ARAUJO.
JOHN FLATEAU
MARIA R. GUASTELLA
MICHAEL MICHEL
ALAN SCHULKIN
SIMON SHAMOUN
ROBERT SIANO
JOHN Wm. ZACCONE
COMMISSIONERS

# BOARD OF ELECTIONS

IN
THE CITY OF NEW YORK
EXECUTIVE OFFICE, 32 BROADWAY
NEW YORK, NY 10004–1609
(212) 487–5300
www.vote.nyc.ny.us

MICHAEL J. RYAN
EXECUTIVE DIRECTOR

DAWN SANDOW
DEPUTY EXECUTIVE DIRECTOR

PAMELA GREEN PERKINS
ADMINISTRATIVE MANAGER

GEORGEA KONTZAMANIS
OPERATIONS MANAGER

STEVEN H. RICHMAN
GENERAL COUNSEL

Bill Murawski
(Candidate/Contact Person)

July 27, 2017

Dear Sir:

The Commissioners of Elections (or duly constituted committee thereof), pursuant to the provisions of Rule D6 of the Board's Designating Petition Rules for the September 12, 2017 Primary Election, at a meeting held on July 25, 2017, determined that the following **will not appear on the ballot** for the September 12, 2017 Primary Election since the Amended Cover Sheet filed **did not** comply with the New York State Election Law and/or the Rules of the Board of Elections for the following reason:

The Amended Cover Sheet does not contain a statement that the petition contains a sufficient number, or in excess of the number, of valid signatures required by the Election Law or the New York City Charter.

| Candidate | Party | Office/Position | District |
|---|---|---|---|
| Bill Murawski | Democratic | Mayor | Citywide |

Received
AUG 9th 2017
NOON

Very truly yours,

THE COMMISSIONERS OF ELECTIONS
IN THE CITY OF NEW YORK

RECEIVED
GENERAL COUNSEL
BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
2017 JUL 27 P 5:36