The New York Times    https://nyti.ms/1aWpHlI

N.Y. / REGION

# Lever Voting Machines and New Runoff Date Are Approved by Cuomo

By THOMAS KAPLAN    JULY 9, 2013

The New York City Board of Elections voted unanimously on Tuesday to use lever voting machines for the mayoral primary election and the runoff that is expected to follow.

The board's action came a day after Gov. Andrew M. Cuomo signed legislation that authorized the return of the machines, which had been replaced in 2010 by more modern electronic voting devices. The measure signed by Mr. Cuomo also moves the date of the runoff to Oct. 1, from Sept. 24.

"Using the lever machines gives us a much greater degree of confidence that we'll be able to conduct a primary and runoff in the time frame appropriated," said Steven H. Richman, the general counsel for the Board of Elections, who described the change as a "temporary, short-term accommodation."

Government watchdog groups and advocates for people with disabilities had hoped that Mr. Cuomo, a Democrat, would veto the legislation allowing the return of the lever machines. And his approval message suggested that he was signing the measure with misgivings: The governor described the return of the lever machines as "a poor solution" that "poses significant problems for voters," including people with disabilities.

"Nevertheless, circumstances require that I sign this bill into law," he wrote. "Preventing the use of lever voting machines through a veto could profoundly impact the integrity of this year's elections."

The elections board asked for the change, arguing that it would probably not be able to tabulate the primary results using the optical scan voting machines and then prepare for a runoff.

"Obviously this process has been a wake-up call for us," said Simon Shamoun, the Republican elections commissioner from Brooklyn. He said the optical scan machines "are not going anywhere" and added, "We have four years to figure it out, and hopefully we're not in this position next time around."

The primary is scheduled for Sept. 10. The Oct. 1 runoff will be held if no candidate for mayor, public advocate or comptroller gets 40 percent of the vote. The general election is Nov. 5, and on that date, the city would again use optical scan voting machines.

Lawmakers opted to move the date of the runoff because the original date, Sept. 24, was during the Jewish holiday of Sukkot.

A version of this article appears in print on July 10, 2013, on Page A18 of the New York edition with the headline: Board Votes To Reinstate Old Machines For Primary.

© 2017 The New York Times Company

## F: Comparative Analysis of Voters in the Borough of Queens
### (Queens County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Queens. The Elected Candidates Summary demonstrates the percentages of voters who **elected candidates** in the elections held in the Borough of Queens to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who had their **votes recorded (counted)** for all candidates in the elections in the Borough of Queens for Mayor, Public Advocate, Comptroller, Borough President of Queens and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Queens and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Queens and the City Council.

Analysis of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Queens in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Queens for the Mayor, Public Advocate, Comptroller, the Borough President of Queens and the City Council are considered factual. See Table CAV2-Q on page 22 for reference.

> **1. Election for Mayor in the Borough of Queens – Queens County**
> a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Mayor.
> b. **12%** of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
> c. **23%** of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the Mayor.
>
> **2. Election for Public Advocate in the Borough of Queens – Queens County**
> a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Public Advocate.
> b. **12%** of the population in Queens who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
> c. **22%** of the population of registered voters in Queens who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

### 3. Election for the Comptroller in the Borough of Queens – Queens County
a. 9% of the population of Queens who had their votes recorded (counted) by the Board elected the Comptroller.
b. 11% of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. 21% of the population of registered voters in Queens who ad their votes recorded (counted) by the Board elected the Comptroller.

### 4. Election for Mayor the Borough President of Queens – Queens County
a. 9% of the population of Queens who had their votes recorded (counted) by the Board elected the Borough President of Queens.
b. 11% of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Queens.
c. 21% of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the Borough President of Queens.

### 5. Elections for the City Council Members in the Borough of Queens – Queens County
a. 9% of the population of Queens who had their votes recorded (counted) by the Board elected the City Council Members.
b. 11% of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. 21% of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of Queens demonstrates voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes <u>votes that were recorded (counted)</u> for all candidates in the elections held in the Borough of Queens for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary <u>does not include</u> votes that were not or could not be recorded (counted).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Queens for Mayor, Public Advocate, Comptroller, Borough President of Queens and City Council are considered factual. See Table CAV3-Q on page 23 for reference.

### 1. Election for Mayor in the Borough of Queens – Queens County
a. 17% of the population of Queens voted for the election of Mayor and had their votes recorded (counted).
b. 22% of the population of Queens who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. 41% of the population of registered voters in Queens voted for Mayor and had their votes recorded (counted).

**2. Election for Public Advocate in the Borough of Queens – Queens County**
a. 11% of the population of Queens voted for Public Advocate and had their votes recorded (counted).
b. 14% of the population in Queens who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. 26% of the population of registered voters in Queens voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Queens – Queens County**
a. 10% of the population of Queens voted for the Comptroller and had their votes recorded (counted).
b. 13% of the population of Queens who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. 25% of the population of registered voters in Queens voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Queens – Queens County**
a. 13% of the population of Queens voted for the Borough President and had their votes recorded (counted).
b. 17% of the population of Queens who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. 31% of the population of registered voters in Queens who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Queens – Queens County**
a. 13% of the population of Queens voted for City Council and had their votes recorded (counted).
b. 17% of the population of Queens who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. 31% of the population of registered voters in Queens voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski                All Rights Reserved                16

## G: Comparative Analysis of Voters in the Borough of Staten Island
### (Richmond County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Staten Island. The Elected Candidates Summary demonstrates the percentages of voters who **elected candidates** in the elections held in the Borough of Staten Island to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who their **votes recorded (counted)** for all candidates in the elections in the Borough of Staten Island for Mayor, Public Advocate, Comptroller, Borough President of Staten Island and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Staten Island and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Staten Island and the City Council.

Comparisons of the of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Staten Island in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Staten Island for the Mayor, Public Advocate, Comptroller, the Borough President of Staten Island and the City Council are considered factual. See Table CAV2-R on page 22 for reference.

    **1. Election for Mayor in the Borough of Staten Island – Richmond County**
a. **19%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Mayor.
b. **26%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **37%** of the population of registered voters in Staten Island who had their votes recorded (counted) by the Board elected the Mayor.

    **2. Election for Public Advocate in the Borough of Staten Island – Richmond County**
a. **10%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **13%** of the population in Staten Island who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **19%** of the population of registered voters in Staten Island who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski    All Rights Reserved    17

**3. Election for the Comptroller in the Borough of Staten Island – Richmond County**
a. **9%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Comptroller.
b. **12%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **17%** of the population of registered voters in Staten Island who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Staten Island – Richmond County**
a. **12%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.
b. **16%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.
c. **22%** of the population of registered voters in Staten Island who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.

**5. Elections for the City Council Members in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the City Council Members.
b. **17%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **25%** of the population of registered voters in Staten Island who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of Staten Island demonstrates people in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Staten Island for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (counted).

Analysis of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Staten Island for Mayor, Public Advocate, Comptroller, Borough President of Staten Island and City Council are considered factual. See Table CAV3-R on page 23 for reference.

**1. Election for Mayor in the Borough of Staten Island – Richmond County**
a. **25%** of the population of Staten Island voted for the election of Mayor and had their votes recorded (counted).
b. **33%** of the population of Staten Island who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **48%** of the population of registered voters in Staten Island voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski                All Rights Reserved                18

**2. Election for Public Advocate in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island voted for Public Advocate and had their votes recorded (counted).
b. **18%** of the population in Staten Island who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **27%** of the population of registered voters in Staten Island voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island voted for the Comptroller and had their votes recorded (counted).
b. **17%** of the population of Staten Island who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **25%** of the population of registered voters in Staten Island voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Staten Island – Richmond County**
a. **23%** of the population of Staten Island voted for the Borough President and had their votes recorded (counted).
b. **31%** of the population of Staten Island who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **45%** of the population of registered voters in Staten Island who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Staten Island – Richmond County**
a. **21%** of the population of Staten Island voted for City Council and had their votes recorded (counted).
b. **28%** of the population of Staten Island who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **40%** of the population of registered voters in Staten Island voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski          All Rights Reserved          19

## Tables CAV-1, 2 and 3
### Part I: A Comparative Analysis of Voters in the Election
City-Wide Analysis by Elective Office of Voters who <u>ELECTED</u> Candidates in the General Election held in the Borough of Manhattan on November 6, 2001

### Table CAV-1: Percentage of the Total Population that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Census Total Population | % of Voters Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 8008278 | 9% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 8008278 | 11% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 8008278 | 11% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 8008278 | 10% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | 826043 | 8008278 | 10% |

### Table CAV-2: Percentage of the Voting Age Population that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Census Ttl Voting Age Population | % Voting Age Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 6068276 | 12% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 6068276 | 13% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 6068276 | 13% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 6068276 | 13% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | 826043 | 6068276 | 14% |

### Table CAV-3: Percentage of Registered Voters that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Registered Voters | % of Reg Voters Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 3720439 | 20% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 3720439 | 23% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 3720439 | 21% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 3720439 | 22% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | 826043 | 3720439 | 22% |

**11/6/2001 Election Ttl:** Total number of people who voted in the city and elected candidates to represent them in the elective offices of the City of New York in the general election on November 6, 2001. The total votes cast for winning candidates are derived from the certified election results from the Board. This total is the sum of the five boroughs.

**Census Ttl Voting Age Population:** Total population number of people who are of the voting age. The number is from data provided by the United States Census for the census held in the year 2000.

**Registered Voters:** Total population of registered voters in the City of New York. This information is based on the voter registration list generated by the Board of Elections of the City of New York on November 5, 2001.

**% (percentage) of Voters Rep Population:** The percentage of the population who voted in the elections held in the City of New York on November 6, 2001 and who elected candidates that will represent the total population of the city.

**% (percentage) of Voting Age Rep Population:** The percentage of the population class who are of voting age and voted in the elections held in the City of New York that elected candidates to represent the total population of the city.

**% (percentage) of Reg Voters Rep Population:** The percentage of the population class who are registered voters and who voted in the elections held in the City of New York on November 6, 2001 and elected candidates that will represent the total population of the city.

## Table CAVI
### Part I: A Comparative Analysis of Voters in the Election
#### A City Wide Analysis by Borough of Voters Who Voted in the November 6, 2001 General Election in the City of New York

| Borough | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Manhattan | 398659 | 1278946 | 31% | 876216 | 45% | 1537195 | 26% |
| Bronx | 192637 | 935520 | 21% | 576990 | 33% | 1332650 | 14% |
| Brooklyn | 425978 | 1802153 | 24% | 1109941 | 38% | 2465326 | 17% |
| Queens | 390500 | 1721080 | 23% | 927354 | 42% | 2229379 | 18% |
| Staten Island | 111879 | 330577 | 34% | 229938 | 49% | 443728 | 25% |
| | | | | | | | |
| City Totals | 1510653 | 6068276 | 25% | 3720439 | 41% | 8008278 | 19% |

**Borough:** Borough is synonymous with a County of the state. A Borough is also considered a political unit of the Borough of Manhattan in the elections of New York State. The Borough of Brooklyn is New York County; the Borough of Brooklyn is Kings County; the Borough of Staten Island is Richmond County; The Borough of the Bronx is Bronx County and the Borough of Queens is Queens County.

**Total Voters:** The total number of people who voted in each political unit (borough) and either went to the polls and voted by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. The numbers for the total voters of each political unit are derived from the certified election results (known as recaps) from the Board of Elections of the Borough of Manhattan (herein after referred to as "the Board") for each election in the boroughs, which uses Assembly District results to determine the number of people who voted. Since there is an inconsistency in counting the number of voters for the city-wide offices of Mayor, Public Advocate, Comptroller and the Borough President in each borough, the numbers for total voters that are used in this column are derived from the total number of people who voted in the City Council elections of each borough. **It should be noted:** The Borough of Queens is the only borough where there were no inconsistencies (undercounts or overcounts) found in the number of people who voted for candidates for Mayor, Public Advocate, Comptroller, Borough President when compared to the number of people who voted in the City Council elections held within the borough. See Tables AUV-M, AUV-B, AUV-K, AUV-Q, AUV-R on pages 26 to 30 for reference.

**Voter Age 2000 Census:** The numbers for each borough are derived from the United States Census Bureau for the census in the year 2000 and represent the number of people who are the of the legal age to vote.

**% (percentage) of Voter Age Who Voted:** The percentage of the total number of people who voted and are of the legal age to vote in each borough. These numbers are derived from the certified voting results of the Board for the elections in the borough and the United States Census Bureau statistics for the census in the year 2000.

**Registered Voters:** The number of registered voters on November 5, 2001 in each borough based on information received from the Board.

**% (percentage) of Reg Voters who Voted:** The percentage of registered voters in the borough who voted in the elections held in each borough of New York City on November 6, 2001. These percentages are derived from the certified election results and voter registration information received from the Board.

**2000 Census Total:** The total population in each Borough of New York City, regardless of age. The numbers for each borough are derived from statistical information by the United States Census Bureau for the census conducted in the year 2000.

**% (percentage) of Voters Representing Pop:** The percentage of people who voted in the elections held in each borough of the Borough of Manhattan on November 6, 2001 and who elected the candidates that will represent the total population of each borough. The percentages for each borough are derived from statistics of the United States Census Bureau for the census conducted in the year 2000 and the certified election results from the Board of the general election that was held on November 6, 2001.

## Tables CAV2
### Part I: A Comparative Analysis of Voters in the Election
Borough-Wide Analysis by Elective Office of Voters who <u>ELECTED</u> Candidates in the General Election held on November 6, 2001

#### Table CAV2-M: Analysis for the Borough of Manhattan

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 1278946 | 14% | 876216 | 21% | 1537195 | 12% |
| Public Advocate | 243083 | 1278946 | 19% | 876216 | 28% | 1537195 | 16% |
| Comptroller | 230181 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |
| Borough Pres | 227929 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |
| City Council | 228014 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |

#### Table CAV2-B: Analysis for the Borough of the Bronx

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 80597 | 935520 | 9% | 576990 | 14% | 1332650 | 6% |
| Public Advocate | 108804 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |
| Comptroller | 106069 | 935520 | 11% | 576990 | 18% | 1332650 | 8% |
| Borough Pres | 108680 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |
| City Council | 112276 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |

#### Table CAV2-K: Analysis for the Borough of Brooklyn

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 189040 | 1802153 | 10% | 1109941 | 17% | 2465326 | 8% |
| Public Advocate | 244963 | 1802153 | 14% | 1109941 | 22% | 2465326 | 10% |
| Comptroller | 226924 | 1802153 | 13% | 1109941 | 20% | 2465326 | 9% |
| Borough Pres | 225093 | 1820153 | 12% | 1109941 | 20% | 2465326 | 9% |
| City Council | 232965 | 1802153 | 13% | 1109941 | 21% | 2465326 | 9% |

#### Table CAV2-Q: Analysis for the Borough of Queens

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 210432 | 1721080 | 12% | 927354 | 23% | 2229379 | 9% |
| Public Advocate | 205881 | 1721080 | 12% | 927354 | 22% | 2229379 | 9% |
| Comptroller | 193300 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |
| Borough Pres | 193970 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |
| City Council | 195394 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |

#### Table CAV2-R: Analysis for the Borough of Staten Island

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 84591 | 330577 | 26% | 229938 | 37% | 443728 | 19% |
| Public Advocate | 43193 | 330577 | 13% | 229938 | 19% | 443728 | 10% |
| Comptroller | 39692 | 330577 | 12% | 229938 | 17% | 443728 | 9% |
| Borough Pres | 51517 | 330577 | 16% | 229938 | 22% | 443728 | 12% |
| City Council | 57394 | 330577 | 17% | 229938 | 25% | 443728 | 13% |

**Total Voters:** Number of people in their respective borough who voted for the winning candidates in each election. The total voters for City Council is the sum total of all people who voted in elections for all winning candidates in the elections held in the respective boroughs.

Copyright 2004 William E. Murawski        All Rights Reserved        22

## Tables CAV3
### Part I: A Comparative Analysis of Voters in the Election
Borough-Wide Analysis by Elective Office of Voters who <u>VOTED</u> in the General Election held on November 6, 2001 and had their <u>VOTES RECORDED (COUNTED)</u>

### Table CAV3-M: Analysis for the Borough of Manhattan

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 389791 | 1278946 | 30% | 876216 | 44% | 1537195 | 25% |
| Public Advocate | 283286 | 1278946 | 22% | 876216 | 32% | 1537195 | 18% |
| Comptroller | 270174 | 1278946 | 21% | 876316 | 31% | 1537195 | 18% |
| Borough Pres | 312885 | 1278946 | 24% | 876216 | 36% | 1537195 | 20% |
| City Council | 320858 | 1278946 | 25% | 876216 | 37% | 1537195 | 21% |

### Table CAV3-B: Analysis for the Borough of the Bronx

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 187003 | 935520 | 20% | 576990 | 32% | 1332650 | 14% |
| Public Advocate | 121187 | 935520 | 13% | 576990 | 37% | 1332650 | 9% |
| Comptroller | 120487 | 935520 | 13% | 576990 | 20% | 1332650 | 9% |
| Borough Pres | 137014 | 935520 | 15% | 576990 | 24% | 1332650 | 10% |
| City Council | 140852 | 935520 | 15% | 576990 | 24% | 1332650 | 11% |

### Table CAV3-K: Analysis for the Borough of Brooklyn

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 413854 | 1802153 | 23% | 1109941 | 37% | 2465326 | 17% |
| Public Advocate | 277065 | 1802153 | 15% | 1109941 | 20% | 2465326 | 11% |
| Comptroller | 269272 | 1802153 | 15% | 1109941 | 24% | 2465326 | 11% |
| Borough Pres | 294431 | 1820153 | 16% | 1100941 | 27% | 2465326 | 12% |
| City Council | 316037 | 1802153 | 18% | 1109941 | 28% | 2465326 | 13% |

### Table CAV3-Q: Analysis for the Borough of Queens

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 380215 | 1721080 | 22% | 927354 | 41% | 2229379 | 17% |
| Public Advocate | 240158 | 1721080 | 14% | 927354 | 26% | 2229379 | 11% |
| Comptroller | 231410 | 1721080 | 13% | 927354 | 25% | 2229379 | 10% |
| Borough Pres | 285309 | 1721080 | 17% | 927354 | 31% | 2229379 | 13% |
| City Council | 288017 | 1721080 | 17% | 927354 | 31% | 2229379 | 13% |

### Table CAV3-R: Analysis for the Borough of Staten Island

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 110015 | 330577 | 33% | 229938 | 48% | 443728 | 25% |
| Public Advocate | 59418 | 330577 | 18% | 229938 | 27% | 443728 | 13% |
| Comptroller | 57501 | 330577 | 17% | 229938 | 25% | 443728 | 13% |
| Borough Pres | 104044 | 330577 | 31% | 229938 | 45% | 443728 | 23% |
| City Council | 92117 | 330577 | 28% | 229938 | 40% | 443728 | 21% |

**Total Voters:** The total number of people who voted either by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots AND who had their votes recorded (counted). This number DOES NOT include votes that were not or could not be recorded (counted).

## Part II: Analysis of Unrecorded Votes in the Election

The Analysis of Unrecorded Votes in the Election that was held in the City of New York on November 6, 2001 contains summaries for each of the five political units known as boroughs or counties in the City of New York. The numbers in each of the five summaries are derived directly from the certified election results from the Board of Elections of the City of New York for the Election. The focus of these summaries is votes that were not or could not be recorded (counted) by the Board of Elections for the City of New York in each of the elections for the elective offices of Mayor, Public Advocate, Comptroller the Borough Presidents and the Council of the City of New York.

See Tables AUV-M, AUV-B, AUV-K, AUV-Q, AUV-R on pages 26 to 30 for reference regarding the statements made below this paragraph that are designated with the letters a through e regarding the elections of candidates to the elective offices of Mayor, Public Advocate, Comptroller, Borough Presidents and Council of the City of New York. The information contained within each table are based solely on the certified election results for the General Election that was held in the City of New York on November 6, 2001 and are segmented by borough.

### Elections for City Wide Offices of Mayor, Public Advocate and Comptroller

In the city-wide elections, the election for the Mayor of the City of New York, the numbers show a **3%** average across the five Boroughs for votes that were not or could not be recorded (counted). The elections for the Public Advocate and Comptroller respectively demonstrate a **40%** and **43%** average of votes that were not or could not be recorded (counted) city-wide.

#### 1. Election for Mayor
a. **2%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Manhattan.
b. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of the Bronx.
c. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Brooklyn.
d. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Queens.
e. **2%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Staten Island.

#### 2. Election for Public Advocate
a. **41%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Manhattan.
b. **37%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of the Bronx.
c. **35%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Brooklyn.
d. **38%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Queens.
e. **47%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Staten Island.

#### 3. Election for Comptroller

Copyright 2004 William E. Murawski                All Rights Reserved                24

a. **48%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Manhattan.
b. **37%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of the Bronx.
c. **38%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Brooklyn.
d. **41%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Queens.
e. **49%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Staten Island.

### 4. Elections for Borough Presidents
a. **27%** of the votes were not or could not be recorded (counted) in the election of Borough President of Manhattan.
b. **29%** of the votes were not or could not be recorded (counted) in the election of the Borough President of the Bronx.
c. **31%** of the votes were not or could not be recorded (counted) in the election of the Borough President of Brooklyn.
d. **27%** of the votes were not or could not be recorded (counted) in the election of the Borough President of Queens.
e. **7%** of the votes were not or could not be recorded (counted) in the election for the Borough President of Staten Island.

### 5. Elections in City Council Districts
a. **28%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Manhattan.
b. **30%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of the Bronx.
c. **27%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Brooklyn.
d. **26%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Queens.
e. **18%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Staten Island.

Sixteen (16) elections for the City Council are in the **10% to 19%**; twenty-five (25) elections for the City Council are in the **20% to 29%**; and fourteen (14) elections for the City Council are in the **30% and above** percentage ranges for votes that were not or could not be recorded (counted).

78% of the votes that were not or could not be recorded is in the election that was held in the Borough of Manhattan for the 22nd City Council District is the highest percentage of votes that were not or could not be recorded (counted) in all elections for City Council. The Borough of the Bronx has the second highest percentage of votes that were not or could not be recorded (counted) in the election for the 8th City Council District at **45%**.

It should be noted that boundaries for City Council Districts 8, 22 and 50 as defined in the City of New York violate section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

Copyright 2004 William E. Murawski                    All Rights Reserved                    25

## Table AUV-M
### Part II: Analysis of Unrecorded Votes in the Election
#### Summary of Certified Voting Results for the Borough of Manhattan
#### (New York County)

|  | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **398977 | 384657 | 389677 | 9186 | 114 | 2% |
| Public Advocate | 398659 | 384657 | 283258 | 115373 | 28 | 41% |
| Comptroller | 398659 | 384657 | 270162 | 128485 | 12 | 48% |
| Borough President | 398659 | 384657 | 312880 | 85774 | 5 | 27% |
|  |  |  |  |  |  |  |
| District 1 | 30537 | 29411 | 25886 | 4650 | 1 | 15% |
| District 2 | 42813 | 41152 | 33748 | 9065 | 0 | 21% |
| District 3 | 48096 | 46412 | 39731 | 8364 | 1 | 18% |
| District 4 | 52177 | 49702 | 44269 | 7907 | 1 | 15% |
| District 5 | 51463 | 49552 | 42068 | 9394 | 1 | 18% |
| District 6 | 54771 | 52962 | 44965 | 9805 | 1 | 18% |
| District 7 | 31914 | 30881 | 23641 | 8270 | 3 | 26% |
| District 8 (4) | 29096 | 28362 | 21115 | 7979 | 2 | 27% |
| District 9 | 36379 | 35292 | 29192 | 7182 | 5 | 20% |
| District 10 | 21333 | 20866 | 16180 | 5150 | 3 | 24% |
| District 22 (5) | 80 | 65 | 45 | 35 | 0 | 78% |
|  |  |  |  |  |  |  |
| City Council Tls | 398659 | 384657 | 320840 | 77801 | 18 | (6) 28% |

(1) **Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated in this column are **318 more** for Mayor when compared to the baseline number. **It should be noted:** The County of Queens is the only County where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

(2) **Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

(3) **Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

(4) and (5): City Council Districts 8 and 22 overlap into the Bronx and Queens Counties respectively. This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

(6) 20% is the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

## Table AUV-B
## Part II: Analysis of Unrecorded Votes in the Election
### Summary of Certified Voting Results for the Borough of the Bronx
### (Bronx County)

|  | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **193128 | 187331 | 186946 | 6125 | 57 | 3% |
| Public Advocate | **192531 | 187331 | 121170 | 71344 | 17 | 37% |
| Comptroller | **192528 | 187331 | 120481 | 72041 | 6 | 37% |
| Borough President | **192629 | 187331 | 137001 | 55615 | 13 | 29% |
| District 8 (4) | 2254 | 2216 | 1236 | 1018 | 0 | 45% |
| District 11 | 33013 | 31757 | 25839 | 7172 | 2 | 22% |
| District 12 | 30768 | 30102 | 22877 | 7888 | 3 | 26% |
| District 13 | 31528 | 30520 | 24509 | 7019 | 0 | 22% |
| District 14 | 16113 | 15681 | 10407 | 5706 | 0 | 35% |
| District 15 | 16245 | 15860 | 11208 | 5037 | 0 | 31% |
| District 16 | 19252 | 18666 | 13702 | 5549 | 1 | 29% |
| District 17 | 20488 | 20112 | 14373 | 6114 | 2 | 30% |
| District 18 | 22976 | 22417 | 16686 | 6283 | 7 | 27% |
| City Council Ttls | 192637 | 187331 | 140857 | 51386 | 15 | (5) 30% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are **491 more** for the Office of Mayor; **106 fewer** for Public Advocate; **109 fewer** for Comptroller; and **8 fewer** for the Borough President when compared to the baseline number. **It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council Districts 8 overlaps into the County of New York (Manhattan). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 30% is the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski    All Rights Reserved    27

## Table AUV-K
## Part II: Analysis of Unrecorded Votes in the Election
### Summary of Certified Voting Results for the Borough of Brooklyn
### (Kings County)

|  | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **425951 | 408864 | 413828 | 12097 | 26 | 3% |
| Public Advocate | **425979 | 408864 | 277062 | 148914 | 3 | 35% |
| Comptroller | **425985 | 408864 | 269269 | 156713 | 3 | 38% |
| Borough President | **425967 | 408864 | 294429 | 131536 | 2 | 31% |
| District 33 | 32391 | 31161 | 22166 | 10225 | 0 | 32% |
| District 34 | 20676 | 20047 | 14068 | 6606 | 0 | 32% |
| District 35 | 28295 | 27277 | 23598 | 4695 | 5 | 27% |
| District 36 | 21965 | 21239 | 15983 | 5977 | 5 | 27% |
| District 37 | 15847 | 15265 | 9491 | 6356 | 0 | 40% |
| District 38 | 21877 | 21267 | 16695 | 5182 | 0 | 24% |
| District 39 | 32341 | 31319 | 25521 | 6818 | 2 | 21% |
| District 40 | 19276 | 19698 | 14041 | 5235 | 0 | 27% |
| District 41 | 21224 | 20589 | 14787 | 6437 | 0 | 30% |
| District 42 | 22323 | 21674 | 16089 | 6234 | 0 | 28% |
| District 43 | 32592 | 31230 | 29451 | 3141 | 0 | 10% |
| District 44 | 27683 | 26345 | 17231 | 10452 | 0 | 38% |
| District 45 | 25122 | 24454 | 17989 | 7133 | 0 | 28% |
| District 46 | 36299 | 35072 | 27042 | 9257 | 0 | 26% |
| District 47 | 29565 | 27142 | 23646 | 5919 | 0 | 20% |
| District 48 | 32498 | 30481 | 23883 | 8615 | 0 | 27% |
| District 50 (4) | 6004 | 5604 | 4371 | 1633 | 0 | 27% |
| City Council Ttls | 425978 | 408864 | 316052 | 109915 | 12 | (5) 27% |

(1) **Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are **27 fewer** for the Office of Mayor; **1 more** for Public Advocate; **7 more** for Comptroller; and **11 fewer** for the Borough President when compared to the baseline number. <u>It should be noted:</u> The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

(2) **Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

(3) **Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

(4) City Council District 50 overlaps into the County of Richmond (Staten Island). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

(5) 27% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski    All Rights Reserved    28

## Table AUV-Q
### Part II: Analysis of Unrecorded Votes in the Election
#### Summary of Certified Voting Results for the Borough of Queens
(Queens County)

|  | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | 390500 | 380450 | 380109 | 10285 | 106 | 3% |
| Public Advocate | 390500 | 380450 | 240146 | 150342 | 12 | 38% |
| Comptroller | 390500 | 380450 | 231401 | 159090 | 9 | 41% |
| Borough President | 390500 | 380450 | 285299 | 105192 | 9 | 27% |
| District 19 | 39237 | 39277 | 34084 | 5148 | 5 | 13% |
| District 20 | 242289 | 23541 | 19871 | 4408 | 10 | 18% |
| District 21 | 17593 | 17202 | 8847 | 8744 | 2 | 50% |
| District 22 (4) | 25125 | 24572 | 20903 | 4220 | 2 | 17% |
| District 23 | 37216 | 36283 | 30515 | 6700 | 1 | 18% |
| District 24 | 30135 | 29322 | 17808 | 12323 | 4 | 41% |
| District 25 | 21669 | 21208 | 12513 | 9154 | 2 | 42% |
| District 26 | 25283 | 24718 | 13904 | 11375 | 4 | 45% |
| District 27 | 29199 | 28601 | 21975 | 7224 | 0 | 25% |
| District 28 | 22745 | 22250 | 17711 | 5034 | 0 | 22% |
| District 29 | 33123 | 32034 | 18853 | 6442 | 3 | 19% |
| District 30 | 26634 | 25902 | 23129 | 3504 | 1 | 13% |
| District 31 | 26794 | 25906 | 20417 | 6375 | 2 | 24% |
| District 32 | 31458 | 30624 | 27448 | 4007 | 3 | 13% |
| City Council Ttls | 390500 | 380450 | 287978 | 94654 | 39 | (5) 26% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council District 22 overlaps into the County of New York (Manhattan). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 24% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

## Table AUV-R
### Part II: Analysis of Unrecorded Votes in the Election
#### Summary of Certified Voting Results for the Borough of Staten Island
#### (Richmond County)

|                    | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|--------------------|-----------------|----------------|--------------------------|----------------------------|----------------|-----------------------|
| Mayor              | **111887        | 108152         | 110022                   | 1836                       | 29             | 2%                    |
| Public Advocate    | 111879          | 108152         | 59407                    | 52461                      | 11             | 47%                   |
| Comptroller        | 111879          | 108152         | 57495                    | 54378                      | 6              | 49%                   |
| Borough President  | 111879          | 108152         | 104039                   | 7835                       | 5              | 7%                    |
|                    |                 |                |                          |                            |                |                       |
| District 49        | 37553           | 36152          | 31693                    | 5860                       | 0              | 16%                   |
| District 50 (4)    | 29356           | 28364          | 24054                    | 5302                       | 0              | 18%                   |
| District 51        | 44970           | 43636          | 36367                    | 8600                       | 3              | 19%                   |
|                    |                 |                |                          |                            |                |                       |
| City Council Ttls  | 111879          | 108152         | 92114                    | 19762                      | 3              | (5) 18%               |

(1) **Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are **8 more** for the Office of Mayor when compared to the baseline number. **It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

(2) **Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

(3) **Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

(4) City Council District 50 overlaps into Kings County (Brooklyn). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

(5) 18% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski        All Rights Reserved        30