UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MURAWSKI, also known as BILL MURAWSKI, and all other candidates who are similarly situated,<br><br>       *Plaintiff(s)*,<br><br>- against -<br><br>NEW YORK STATE BOARD OF ELECTIONS, NEW YORK CITY BOARD OF ELECTIONS, and the NEW YORK CITY CAMPAIGN FINANCE BOARD,<br><br>       *Defendants*. | 1:17-cv-06859-RWS |

## DECLARATION OF OWEN T. CONROY

OWEN T. CONROY, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York, counsel for Defendant New York State Board of Elections ("State Board"). I make this declaration based on personal knowledge in support of the State Board's Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of the Amended Complaint that Plaintiff served on the State Board.

3. Attached as Exhibit 2 is a true and correct copy of the Affidavit in Support of Amended Complaint that Plaintiff served on the State Board.

Dated: October 6, 2017

                /s/ Owen T. Conroy
                OWEN T. CONROY