# EXHIBIT
# 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

WILLIAM  MURAWSKI aka and better known as
BILL MURAWSKI and all other candidates who are
similarly situated as the Plaintiff(s).

v.

NEW YORK STATE BOARD OF ELECTIONS, NEW
YORK CITY BOARD OF ELECTIONS and the NEW
YORK CITY CAMPAIGN FINANCE BOARD as the
Defendants.

-------------------------------------------------------------------------X

**Civil Action No: 17 CV 6859**

**AFFIDAVIT IN SUPPORT
OF
AMENDED COMPLAINT**

1.    WILLIAM  MURAWSKI  aka  and  better  known  as  BILL  MURAWSKI  in business  and  with  family,  friends,  associates  and  colleagues,  hereinafter  referred  to  as MURAWSKI,  hereby,  submits  this  sworn  affidavit  in  support  of  the  above  captioned Complaint.

2.    MURAWSKI is fully familiar and understands the facts and circumstances in the above captioned Complaint for the following reasons:

a. MURAWSKI entered and managed an election campaign for New York City Council District 3, hereinafter referred to as "District 3" in 1997; for a Special Election for District 3 in 1999, hereinafter referred to as "the Special Election";  and for an election for District 3 in 2005;

b. MURAWSKI entered and managed an election campaign for the United States Senate representing the State of New York in 1999;

c. MURAWSKI entered and managed an election campaign for the office of the Public Advocate of the City of New York in 2001;

d. MURAWSKI entered and managed an election campaign for the Governor of the State of New York in 2008; and

e. MURAWSKI worked as a poll worker for the New York City Board of Elections in the Presidential Election of 2016.

3. MURAWSKI entered into the election for District 3, in 1997 for the sole purpose of "testing the waters" to prepare for the 2001 primary and general election that was supposed to begin term limits in the City of New York, hereinafter referred to as "the City", for all elective offices in the City.

4. MURAWSKI changed his voter registration record for the 1997 District 3 election from no party affiliation to registration in the Independence Party.

5. MURAWSKI was placed "on the ballot" for the 1997 District 3 election as the candidate for the Independence Party because the Independence Party gathered approximately 53 signatures that were filed with the New York City Board of Elections, hereinafter referred to as "the NYCBOE".

6. MURAWSKI received approximately 8% of the vote in the 1997 District 3 election in 1997 and spent approximately $5000 against then incumbent councilmember Tom Duane, who was the most well-known LGBT candidate who held an elective office at the time.

7. MURAWSKI was surprised and shocked because Tom Duane resigned his office as city council member and a "Special Election" was to be called in 1999 for the District 3 seat vacated by Tom Duane as he was going to run for an office in the New York Senate. Nonetheless, MURAWSKI entered into the Special Election for District 3 in 1999.

8. Still unfamiliar with the election process, and especially a "Special Election", MURAWSKI waited for the Proclamation by then Mayor Rudolph Giuliani for a date to hold the Special Election.

9. The Proclamation for the Special Election for District 3 was made by then Mayor Giuliani on Friday December 3, 1999, hereinafter referred to as "the Proclamation", long after the NYCBOE closed its doors at 5 pm. MURAWSKI was not notified of the Proclamation by the NYCBOE.

10. MURAWSKI discovered the Proclamation was made because persons were observed obtaining petitions for the other four other candidates who filed for the Special Election. Nevertheless, MURAWSKI waited until Monday morning December 6, 1999 to contact the NYCBOE to find out if indeed the Proclamation was made as MURAWSKI did not want to violate any laws.

11. MURAWSKI was informed on Monday December 6, 1999 by the NYCBOE that the Proclamation was made on Friday after hours. When MURAWSKI asked why there was not an official notification of the Proclamation sent to him to him because he was a candidate in the Special Election, MURAWSLKI was told: "What did you want? A special invitation?"

12. Since there were only 13 days to gather 2,700 hundred signatures to get "on the ballot", Murawski lost 3 days to gather signatures for his petition for the Special Election.

13. MURAWSKI was unable to gather the number of signatures to get "on the ballot" for the Special Election.

14. MURAWSKI questioned the "gentleman's agreement" that was made among the other four candidates in the Special Election not to challenge the petitions of each other, therefore MURAWSKI challenged all of the signatures on the petitions of each of the four candidates.

15. The NYCBOE reported that ALL signatures for ALL candidates were valid that were submitted to the NYCBOE for the Special Election, which totaled more than 10,000 signatures (4 candidates X 2,700 signatures per candidate) and it therefore created questions for MURAWSKI regarding the petitioning process using and verifying signatures for a candidate to be placed "on the ballot".

16. After a thorough review of all documents relevant to the Special Election, MURAWSKI decided to research the management of the election process by the NYCBOE as it pertains to verifying signatures on a petition to be placed on the ballot.

17. MURAWSKI began research by reviewing the election results for the 2000 Presidential Election in New York State and it was discovered "write-in" votes were not counted AND the total votes did not match the public counter for all candidates. The Court is respectfully referred to Exhibit 1, which is a copy of the recanvassing of the 2000 Presidential Election that was downloaded from the website of the New York State Board of Elections, hereinafter referred to as "the NYSBOE".

17. MURAWSKI was a successful problem solver for leading edge technology companies for 28 years who solved problems scientific mainframe computers; electro-mechanical machinery, some containing thousands of moving parts; refrigeration systems that cooled the scientific mainframe computers; hydraulic disk files that stored information; and was educated in basic electronics that included but was not limited to discreet components such as capacitors, resistors and transistors. The Court is referred to Exhibit 2, which is a copy of the resume of MURAWSKI.

18. MURAWSKI is a Constitutionalist and as such decided to use the business acumen and experience obtained as a successful problem solver working for leading edge technology companies for 28 years to repair the election process in New York State.

19. Because there was no type of audit trail with the mechanical voting machines used in the State of New York in 2000, and it was discovered the NYCBOE was not recording "write-in" votes, MURAWSKI decided to first address the issue of "write-in" votes not being counted by the NYCBOE.

20. As an observer of the recanvassing of votes in the 2001 city-wide election, MURAWSKI discovered "write-in" votes were not counted during the recanvassing process. Further on in the investigative research process, MURAWSKI discovered that the NYCBOE was also not educating poll workers on how to record a "write-in" vote on the mechanical voting machines.

21. As a result of intensive research on the 2001 city-wide elections, MURAWSKI authored an analysis report on the 2001 city-wide elections in New York City, hereinafter referred to as the "the Election Report", which provided further information for Murawski to

repair the election process in New York State.  The Court is respectfully referred to Exhibit 3, which is a copy of the analysis report developed by MURAWSKI for the 2001 city-wide elections in New York City.

22.  The Election Report demonstrates the following:

a.  2.6% of the persons who voted in the 2001 election for mayor either did not have their votes counted or did not vote for a mayoral candidate;

b.  39.6% of the persons who voted in the 2001 election either did not have their votes counted or did not vote for a candidate for public advocate;

c.  42.5% of the persons who voted  in the 2001 election either did not have their votes counted or did not vote for a candidate for comptroller;

d.  24.2% of the persons who voted in the 2001 election either did not have their votes counted or did not vote for a candidate for borough president;

e.  25.8% of the persons who voted in the 2001 election either did not have their votes counted or did not vote for a candidate for city council; and

f.  9% of the total population of the city of New York elected the Mayor.

23.  To gather additional information regarding the election process in New York State for the purpose of repairing it, MURAWSKI decided to take a "hands-on" approach and entered into as many elections as possible.

24.  Because the 2000 Presidential Election in Florida  resulted in the passing of the Help America Act ("HAVA"), which replaced all mechanical voting machines in America with either optical scanners with paper ballots, Digital Voting Recorders, hereinafter referred to as "DRE's" or a combination of the two technologies, MURAWSKI decided to "push" the State of New York into selecting optical scanners and paper ballots for its recording.

25. MURAWSKI'S decision to choose optical scanners and paper ballots over DRE's is based upon MURAWSKI'S experience as a software developer.

26. DRE's can be easily "hacked" through cyber-attacks for the purpose of manipulating the votes counted for any candidate.

27. Each and every election that MURAWSKI entered with the exception of one, the intention was not to submit the valid number of signatures to get "on the ballot" but to submit a minimal number of signatures to manage a write-in campaign for the purpose of furthering his research.

28. In each and every election MURAWSKI entered where the number of petitions that were required to get "on the ballot" and the signature requirements were intentionally not met, the following information was written on the Cover Sheet for the petition volume when submitting the petitions to the NYCBOE:  Alan Keyes was placed on the ballot in the 2000 Presidential Election without submitting any signatures as a result of Molinari v. Powers, 82 F. Supp. 2d 57 (E.D.N.Y. 2000),  which set a precedent in New York State. Since MURAWSKI submitted more signatures than Alan Keyes, MURAWSKI should be placed "on the ballot".

## REASONS FOR GERRYMANDERING OF CITY COUNCIL DISTRICT

29. The following paragraphs will present the basis and foundation for gerrymandering City Council District 3 against MURAWSKI.

30. During 1995 MURAWSKI opposed the immoral and illegal privatization of DeWitt Clinton Park located in Hell's Kitchen between 11th and 12th Avenues and between 52nd and 54th Street, hereinafter referred to as "the Park".

31. MURAWSKI attended public hearings, community meetings, and full-board meetings held by held by Manhattan Community Board 4, hereinafter referred to as "CB4", regarding the privatization of the Park by a German based dinner theater show from Germany named  Pomp Duck and Circumstance, hereinafter referred to as "PDC".

32. The privatization of the Park by PDC was approved by CB4 at a second monthly full board meeting.

33. Thereafter MURAWSKI attended a public hearing by the Franchise, Concessions and Review Board regarding the privatization effort of the Park and the result was a 6 to 0 vote in favor of the privatization by PDC. A hearing was held at city hall thereafter and the privatization of the Park was approved to move forward.

34. MURAWSKI sued Henry Stern as the Commissioner New York City Parks Department; CB4; and PDC in New York State Supreme Court in an effort to stop the privatization of the Park, which was the test case by the Giuliani administration to privatize all city parks and as such, the issue of the privatization became a matter of public interest, which garnered a great deal of interest by the media.

35. Two articles were published in the Village Voice; a two page article was published in the New York Times Sunday Edition; as the date of the hearing came closer, the New York Post and the Daily News published articles; and NBC Channel 4 News featured a 2 to 3 minute segment on the privatization of the Park by PDC.

36. A hearing was held on October 2, 1995 at the New York State Supreme Court regarding the privatization of the Park by PDC. The hearing was "conveniently" scheduled on the same day it was announced a verdict was to be announced the following day on the O.J. Simpson murder case therefore the only persons in the court room were the defendants and their attorneys, MURAWSKI and his attorney. Because there was no media to be found, the case was able to be "swept under the rug" and was dismissed for questionable reasons.

37. The facts and evidence presented to the New York State Supreme Court in the case of the privatization of the Park by PDC clearly demonstrated fraud by CB4, New York City and the co-owner of PDC.

38. The co-owner of PDC was Dieter Esch, who was blamed for the largest banking failure in German history at the time; defrauding a Saudi investor out of $50 million dollars; and because of the involvement of IBH (a company owned by Dieter Esch in Germany) with General Motors, General Motors had to pay German creditors $43 million dollars to stop the extradition of General Motor's Chairman Roger Smith to Germany on charges of fraud.39. Tom Duane was the councilmember for District 3 where the Park is located and

Christine Quinn was Duane's Chief of Staff at the time of the privatization of the Park by PDC. Members of CB4 were known to be packed by supporters of Tom Duane.

40. MURAWSKI visited the New York State Supreme Court a few years ago to review the case file (Index Number 0122487/1995) regarding the privatization of the Park by PDC and found all exhibits documenting the corruption of CB4 and the city to be missing from the case file.

41. Because MURAWSKI ran for the office of City Council representing District 3 in 1997 and 1999, and because it was made known that MURAWSKI would run for the office again, District 3 was gerrymandered against him. The Court is respectfully referred to Exhibit 4, which are copies of the maps for District 3 prior to the gerrymandering and after it.

42. The northern end of District 3 was gerrymandered against MURAWSKI to prevent him from obtaining votes and signatures in the next primary and general election that was planned against incumbent Christine Quinn in 2005. The Court is again respectfully referred to Exhibit 4 upon each image that explains the reasons why.

## REMNANTS OF THE PARK BATTLE CONTINUE TO PLAGUE MURAWSKI

43. New York State Senator Franz Leichter surprisingly supported the privatization of the Park by PDC in 1995. In fact, Senator Leichter co-sponsored the Hudson River Park Bill, of which the plans by the Hudson River Park Trust ("HRPT") included connecting the Park to the Hudson River Park in a manner that is unknown to MURAWSKI.

44. Senator Franz Leichter was appointed to the board of directors of the HRPT. Attorney Eric Schneiderman ran for the New York Senate office vacated by Franz Leichter and became a New York State Senator representing the senate district in which MURAWSKI lived. Schneiderman is now the New York State Attorney General.

45. Since MURAWSKI was unable to obtain signatures for the 2005 election for city council as the support base vanished due to the gerrymandering of City Council District 3,

signatures had to be obtained elsewhere. The Hudson River Park was the perfect venue to obtain signatures because it had a captured audience with visitors at the park

46. During the petitioning process with two supporters of MURAWSKI at the Hudson River Park, members of the Hudson River Park's Enforcement Police, hereinafter referred to as "PEP" threatened to arrest MURAWSKI and his supporters if they did not stop obtaining petitions at the park.

47. Tempers flared when PEP informed MURAWSKI and his supporters that it is the law of the HRPT that a permit is necessary to petition at the park.

48. MURAWSKI calmed his supporters and grudgingly agreed to obtain a permit to collect signatures for an election for District 3 in 2005. The Court is respectfully referred to Exhibit 5, which is a copy of the Villager newspaper that was downloaded from its website demonstrating that MURAWSKI had to obtain a permit to obtain signatures at the Hudson River Park.

49. In MURAWSKI'S quest to repair the election process in New York State, and because there was a primary election for District 3, and because MURAWSKI never intended to "get on the ballot", the decision was made to obtain a few more than enough of the 900 signatures necessary to "get on the ballot" as the next step in MURAWSKI'S research was to find out how he would be thrown "off the ballot", which happened.

50. Thoroughly familiar with the petitioning process, MURAWSKI knew just how to record valid signatures that that would be challenged and declared void. Knowing computer databases as MURAWSKI does as a result of his experience as a problem solver for leading edge technology companies, he was confident that he could overcome the signature challenges.

51. MURAWSKI was sued in New York State Court for a challenge on the validity of the signatures on the signatures on the petition challenge. Upon arrival at the court MURAWSKI was informed to go to another room outside of the court room and to meet with a court representative believed to be an administrative judge of some type.

52.  MURAWSKI accompanied one of the top election lawyers in America who would be the opposing counsel for the two plaintiffs who, based upon information and belief, belonged to the Democratic Political Club in which Councilmember Christine was a member.

53.  MURAWSKI was "knocked off the ballot" as the administrative judge would not listen to MURAWSKI's sound argument that it was impossible to prove that the signatures challenged could be proven as valid as there was not a copy of the voter registration database saved at the time the signatures were submitted to the NYCBOE as ANYONE could have deleted the voter registration records of those persons who signed the petition.

54.  At the time of the primary election in 2005 the New York City CampaignFinance Board, hereinafter referred to as the "FINANCE BOARD" published its Voter Guide showing that MURAWSKI was "on the ballot" for the election.

55.  On the day of the election, MURAWSKI received a call from a voter stating that she wanted to vote for me but my name was not on the ballot and the poll workers were unaware of how to have a voter write-in the name of a candidate.

56.  The voter was informed by MURAWSKI how to perform a write-in ballot. Whether or not the voter voted for MURAWSKI is unknown.

## THE SIGNATURE SCHEME IS ARBITRARY AND CAPRICIOUS

57. Based upon information and belief, a logical or scientific method as to how the signature scheme developed by the NYSBOE for a person to be placed "on the ballot" could not be found.

58.  The signature requirements for candidates belonging to constituted parties in the state is 5% of the registered voters in the party for city council members or 900 signatures, whichever is less.  Based upon information and belief, the "rule of thumb" for collecting the number of signatures is three times the number of signatures required to ensure that a candidate is not "knocked off the ballot".

59. The entirety of the ballot access process and voting requirements in New York State are based solely upon signatures.

60. Based upon information and belief, employees of the NYSBOE and the NYCBOE do not have any handwriting experts in their employ to examine and verify the signatures submitted by candidates on petitions to "get on the ballot" nor do they have a sufficient number of handwriting experts employed to verify the signatures of voters when they come to the voting polls to vote.

61. MURAWSKI met with a handwriting expert a few years ago and it was explained that the only way a signature can be verified as "real" is to have the original signature at hand to compare with the signature that is written. Furthermore, as persons grow older and change in appearance, the handwriting of persons also change.

62. Although MURAWSKI is experienced at collecting signatures for petitions, initial attempts at obtaining signatures for the Democratic Primary that was held on September 12, 2017 were futile therefore MURAWSKI developed petition kits that were provided to 34 friends and neighbors of MURAWSKI, who also found collecting signatures to be futile as people come up with all sorts of reasons not to sign a petition

63. Some of the reasons for not signing a petition this year were; "I am not a registered voter"; I don't live in the city; I am not a registered Democrat; I don't want the government to have any information about me; I don't want my identity stolen etc etc."

64. The best reason MURAWSKI heard for not signing a petition was that "Since Hillary Clinton lost to Donald Trump and was voted in as President of the United States, I don't want to have anything to do with elections anymore because they are fixed!"

65. Further complicating the issue of collecting signatures for petitions is the time of year as petitioning began during the time people go on vacations, move because their children graduate and the brutal hot, humid and rainy weather that was experienced this year and every year.

66. The signature requirements for candidate who belongs to a constituted party in New York City is 900; the signature requirements for a candidate for an independent party is 2,700.

67. The signature requirements for petitioning in New York State is arbitrary and capricious and therefore unconstitutional.

**SCHEDULING OF PRIMARY ELECTIONS VIOLATES EQUAL PROTECTION CLAUSE**

68. In 2016, Congressional Primary Elections were held on June 28, 2016, which gave Congressional candidates 144 days to campaign for the general election on November 8, 2016; the Presidential Election Primary was held on April 19, 2016, which gave Presidential candidates 203 days to campaign for the general election on November 8, 2016; State and Local election Primaries were held on September 13, 2016, which gave state and local candidates 57 days to campaign for the general election on November 8, 2016.

69. The scheduling of Primary Elections in the State of New York violates the Equal Protection Clause of the 14th Amendment to the Constitution of the United States of America.

**THE ELECTION LAW VIOLATES THE 1ST AND 14TH AMENDMENT**

70. According to information obtained from the website of the New York State Board of Elections, as of April 1, 2017, there are 2,395,338 persons who are registered voters throughout the state and there are 780,220 throughout the City of New York who are not registered with any constituted political party, therefore they cannot vote in primary elections.

71. Candidates who win an election primary are those who win races in the general election and yet, a total of 2,395,338 voters registered in the State of New York and 780,220 voters registered in the City of New York cannot vote for any candidate in a primary election.

72. The Election Law in New York State violates the Free Speech clause of the 1st Amendment and the Equal Protection Clause of the 14th Amendment to the Constitution of

the United States of America of voters registered in the State of New York and the City of New York who do not belong to any constituted political parties.

## NEW YORK STATE IS AN OLIGARCHY

73. An oligarchy is defined in Black's Law Dictionary as a form of government wherein the administration of affairs is lodged in the hands of a few persons.

74. The NYSBOE and the NYCBOE were established on June 1, 1974 in the Executive Department of New York State.

75. There are a total of 14 commissioners and 2 executive directors making the rules and regulations for elections in New York State.

76. The Court is respectfully referred to Exhibit 6, which contains information that confirms statements 74 and 75.

76. Elections in New York State are controlled solely by the NYSBOE and the NYCBOE.

77. There are over 8 million persons residing in the City of New York and yet, the rules and regulations for elective office are controlled by only 16 people.

78. New York City is an oligarchy.

## NYCBOE VIOLATED MURAWSKI'S DUE PROCESS RIGHTS

79. After MURAWSKI submitted petitions for the Democratic Primary that was held on September 12, 2017, MURAWSKI expected to appear in front of the NYCBOE to argue that his name should be placed "on the ballot".

80. MURAWSKI was prepared with a sufficient number of copies of the order by Federal District Court Judge Korman in Molinari v. Powers, 82 F. Supp. 2d 57 - Dist. Court, ED New York 2000 that states:

> *To the extent that Governor George W. Bush, Steve Forbes, Alan Keyes and Senator*
> *John McCain, as of the date of this order, have not qualified one or more delegate*

*candidates or alternate delegate candidates committed to them in any congressional district, they have until 5:00 p.m. on February 10, 2000 to submit names to the New York State Board of Elections (names must be qualified under Republican Party rules — i.e., enrolled Republicans who reside in the applicable congressional district — and facsimile transmission of names is acceptable as long as any such transmission is received by 5:00 p.m. on February 10, 2000). Upon receipt of the above-described lists of delegate candidates and alternate delegate candidates, the New York State Board of Elections shall certify the Primary ballot to be used in each of the state's congressional districts. The county boards of elections are directed to print the names of the delegate candidates and alternate delegate candidates on the March 7, 2000 Republican Primary ballot, in accordance with New York State Board of Elections certification procedures.*

*The breadth of this relief reflects in part the agreement of the parties. This is why Bush delegate candidates are included within the scope of the order, even though Governor Bush did not appear and formally request that portion of the relief that placed his delegate candidates on the ballot in the 16th Congressional District. Indeed, Mr. Keyes arguably was not entitled to the relief as it applies to him because he made no attempt to gather petitions to meet even the unchallenged statewide 5,000-signature requirement for presidential candidates, let alone the 0.5% requirement for delegate candidates, and he sought to intervene only after the petitioning period had ended. This concern, however, goes to the potential unfairness of allowing Mr. Keyes to "piggy back" upon the efforts of those candidates who went to the burden and expense of petitioning. See Mahon v. Abrams, 88 Civ. 1745, unpublished op. at 12-13 (S.D.N.Y. Mar. 21, 1988) (Sand, J.), aff'd without op., 847 F.2d 835 (2d Cir.1988) (declining to grant preliminary injunctive relief to supporters of Senator Dole and Pat Robertson by placing their delegate candidates on the ballot, since such relief could be granted only "if one were to eliminate entirely the requirement of any petitions or signatures for the Dole-Robertson slates" — a result that "would be exceedingly unfair to a candidate who engaged in the petition*

*signature process").* **Nevertheless, since no candidate objects, this equitable concern does not justify denying Mr. Keyes the relief he seeks.**

81.  Since there were no objections to MURAWSKI'S submission of the number of signatures required to "get on the ballot" for mayor in the Democratic Primary, and Judge Korman's decision set a precedent in New York State that did not require one signature to "get on the ballot", MURAWSKI'S name should have been placed "on the ballot" for mayor in the Democratic Primary that was held on September 12, 2017.

82.  MURAWSKI discovered that he was not scheduled to appear to in front of the NYCBOE to argue his case as to why his name should be on the ballot, and it was not until August 9, 2017 that MURAWSKI was able to obtain factual evidence that he was "knocked off the ballot".  The Court is respectfully referred to Exhibit 7, which contains a copy of a memo from the NYCBOE.

83.  The NYCBOE violated MURAWSKI'S Due Process Rights protected by the Constitution of the United States of America.

## FINANCE BOARD VIOLATES CONSTITUTIONAL RIGHTS

84.  Although the names of candidates other than Bill de Blasio and Sal  Albanese were "on the ballot" for mayor in the  Democratic Primary that was held on September 12, 2017 they were prevented by the New York City Campaign Finance Board, hereinafter referred to as "the FINANCE BOARD", from participating in the mayoral debates sponsored by it because they did not raise enough money for their campaign.

85.  The FINANCE BOARD violated the 1st Amendment right of Free Speech and the Equal Protection Clause of the 14th Amendment to the Constitution of the United States. Furthermore, the voters of New York City did not know anything about the candidates for mayor other than Bill de Blasio and Sal Albanese.

## NYCBOE VIOLATED THE HAVA ACT

86. The NYCBOE violated the Help America Vote Act, herein after referred to as "HAVA" in the 2013 city-wide elections when Bill de Blasio was elected as the Mayor of New York City. The Court is respectfully referred to Exhibit 8, which is an article published in the New York Times that demonstrates that the New York State Legislature and Governor Cuomo signed a one-time use law to permit the NYCBOE to use the old mechanical voting machines, which were not maintained since New York State began using paper ballots and optical readers to count the votes.

## OUR FOUNDING FATHERS WERE AGAINST POLITICAL PARTIES

87. Elections in New York State are controlled by two political parties.

88. In his farewell speech, and after deciding that two terms as the First President of the United States, George Washington believed that another term could turn America into a monarchy again. George Washington was not the only Founding Father who warned against political parties.

89. John Adams said "There is nothing which I dread so much as a division of the republic into two great parties, each arranged under its leader, and concerting measures in opposition to each other. This, in my humble apprehension, is to be dreaded as the greatest political evil under our Constitution."

90. President George Washington stated in his farewell speech that "The alternate domination of one faction over another, sharpened by the spirit of revenge, natural to party dissension, which in different ages and countries has perpetrated the most horrid enormities, is itself a frightful despotism. But this leads at length to a more formal and permanent despotism. The disorders and miseries, which result, gradually incline the minds of men to seek security and repose in the absolute power of an individual; and sooner or later the chief of some prevailing faction, more able or more fortunate than his competitors, turns this disposition to the purposes of his own elevation, on the ruins of Public Liberty.

Without looking forward to an extremity of this kind, (which nevertheless ought not to be entirely out of sight,) the common and continual mischiefs of the spirit of party are sufficient to make it the interest and duty of a wise people to discourage and restrain it. It serves always to distract the Public Councils, and enfeeble the Public Administration. It agitates the Community with ill-founded jealousies and false alarms; kindles the animosity of one part against another, foments occasionally riot and insurrection. It opens the door to foreign influence and corruption, which find a facilitated access to the government itself through the channels of party passions. Thus the policy and the will of one country are subjected to the policy and will of another."

91. Thomas Jefferson stated "If I could not go to heaven but with a party, I would not go there at all."

## VOTERS SHOULD GET A RECEIPT FOR THEIR VOTE

92. In today's society, for every penny that is spent, a receipt for the money spent is provided by the merchant.

93. The technology exists in New York State that voters can be provided a printed receipt for their ballot AND the opportunity to verify it on the *internet*.

MURAWSKI respectfully requests the Court grant the entirety of the relief requested in the Amended Complaint.

Respectively.

*William Murawski*

William Murawski

Sworn to before me
on this 22nd day of September 2017

EVELYN APRIL HAMMER
Notary Public, State of New York
No. 01HA6257725
Qualified in New York County
Commission Expires March 12, 2018    April 20, 2020

# Exhibit 1

```
                                    2000  GENERAL  ELECTION
                                        CITY OF NEW YORK

                                  STATEMENT  AND  RETURN
                              OF THE VOTES FOR THE OFFICE OF
                              PRESIDENT AND VICE PRESIDENT
                                    OF THE UNITED STATES

                                                        NO. OF CANDIDATES TO BE ELECTED:  1

                                                                      February 21, 2001
                                                                      PAGE:        1A
```

CITY OF NEW YORK

| COUNTIES | RIGHT TO LIFE 1F  P BUCHANAN E FOSTER | GREEN PARTY 1G  R NADER W LA DUKE | WORKING FAMILIES 1H  A GORE J LIEBERMAN | BUCHANAN REFORM 1I  P BUCHANAN E FOSTER | CONSTITUTION 1J  H PHILLIPS J FRAZIER | LIBERTARIAN 1K  H BROWNE A OLIVER | SOCIALIST WORKERS 1L  J E HARRIS M TROWE | SCAT VOTE | UNRE CORD VOTE |
|---|---|---|---|---|---|---|---|---|---|
| -------- | | | | | | | | | |
| NEW YORK | 756 | 31172 | 13916 | 253 | 76 | 1004 | 174 | 74 | 25744 |
| BRONX | 694 | 4265 | 5185 | 227 | 54 | 117 | 109 | 15 | 15228 |
| KINGS | 983 | 20058 | 17378 | 416 | 142 | 420 | 145 | 54 | 25326 |
| QUEENS | 1544 | 13720 | 7589 | 345 | 87 | 385 | 109 | 61 | 20141 |
| RICHMOND | 500 | 3550 | 1653 | 53 | 17 | 96 | 20 | 8 | 2396 |
| TOTAL | 4477 | 72765 | 45721 | 1294 | 376 | 2022 | 557 | 212 | 88835 |

# Exhibit 2

**William E. Murawski**    530 West 50th Street  Apt 5A
New York, N.Y. 10019
(212) 246-7811  (646) 351-2543

---

## Professional Experience

Mar 1994 - May 1997    **NEW YORK CITY HOUSING AUTHORITY (NYCHA)**
**Systems and Business Analyst**
- As member of Certificate of Insurance Committee, worked with Risk Manager to   analyze
  and document the requirements and business processes to reduce the insurance liability of
  NYCHA.
- Worked with Records Management Officer to develop NYCHA plan to reduce costs and
  improve productivity using document management & work flow technologies comply
  with Hierarchical Storage Management (HSM) standards.
- Analysis and design of the technical interfaces between the Automated Timekeeping
  Information System (ATIS) and the current and new payroll systems in addition to the
  Employee Identification System (EIS).
- Development of hardware installation and software test plans to ensure integrity of
  timekeeping functions of AS400 based ATIS for over 20 labor unions at central office and
  more than 325 remote locations.
- Worked closely with Law Department to develop contractual agreement for ATIS.

Dec 1988 - Mar 1994    **CONSULTANT - New York, New York**
**Business and System Analysis/Software Development/Networks**
- Consultation services to deliver automation processes with both off-the-shelf and custom
  software. Designed & installed Novell networks.
- Designed and developed wallpaper selection and business information applications for
  CADET Software Corp.
- Developed custom application to catalog news stories for press department of the Il Moro
  Di Venezia in 1992 America's Cup.
- Designed and installed a hardware fault tolerant Novell 3.1 LAN solution at the Gramercy
  Park Hotel.
- Developed custom purchasing, invoicing and cost control applications on Novell LAN for
  Whitey's Hardware Corp.

Jun 1987 - Dec 1988    **QUOTRON SYSTEMS, INC. - New York, New York**
Dec 1985 - Dec 1986    **Management Systems Analyst**
- Identified management requirements and implemented solutions for corporate order
  fulfillment system (CSS).
- Designed user interfaces and directed software development that improved order
  fulfillment process.
- Developed standardization of ordering process resulting in higher accuracy of order
  fulfillment that improved customer service.

**New York Regional Manager**
- Responsible for Installations and Logistics Departments.
- Instituted new policies to eliminate redundant tasks for efficient work flow.
- Implemented standardized customer service process based on pilot success.

**Project Manager**
- Management of major project rollouts for Goldman Sachs, First Boston, and Dean Witter
  on national and international levels.
- Designed and implemented a LAN based order fulfillment model that identified, defined
  and demonstrated corporate and customer business requirements.
- Developed and implemented pilot project that standardized & improved customer   service
  processes for Goldman Sachs, First Boston & Dean Witter.

**Regional Technical Support Engineer**
- Provided hardware and UNIX software support to field engineers.
- Coordination with National Technical Support on hardware/software issues.
- Developed a corporate software manual for Technical Support Engineers.
- Researched and developed procedures for maintaining new and existing products.

| | |
|---|---|
| Oct 1983 - Dec 1985 | **VIA VIDEO, INC. - New York, New York**<br>**Regional Customer Service Manager - Imaging & Computer Graphics**<br>- Installed, QA'd and maintained System I & II computer graphic imaging systems.<br>- Coordinated imaging design issues with Corporate Engineering Department.<br>- Liaison between clients and Marketing Department regarding imaging, design, document management and technical issues with Product Design, Animation, Business Graphics and Plannogramming as it pertains to pre-press applications.<br>- Liaison with Engineering Department and selected alpha/beta clients with RGB to NTSC development for television and video production studios, proprietary scanning methods and development of digitally recording of images on optical recording devices. |
| Apr 1981 - Oct 1983<br>Dec 1986 - June 1987 | **TANDEM COMPUTERS, INC. - New York, New York**<br>**CE Site Supervisor at Securities Industry Automation Corporation**<br>- Supervised staff of eleven for the overall support functions of all Tandem Systems at SIAC including those associated with the New York and American Exchanges.<br>- Planned and directed all system upgrades and new installations.<br>- Met daily with customer regarding the status of all systems.<br>- Developed and implemented inventory control process with a .04% discrepancy rate on a one million dollar plus valued inventory.<br>- Assisted in developing and implementing preventative and remedial maintenance   as well as engineering change procedures.<br>- Achieved uptime of 100% during prime time trading hours for all systems. |
| July 1969 - Apr 1981 | **CONTROL DATA CORPORATION - New York, New York**<br>**Eastern Region Technical Support Engineer**<br>- Hardware and software support for products which included standard and non-standard peripherals as well as large and medium scale mainframes.<br>- Furnished on-site assistance to the field engineer when required.<br>- Coordinated support efforts with National Technical Support.<br>- Developed and implemented troubleshooting seminars.  Field engineer training.<br>- Support of one of a kind NADC system for helicopter and jet fighter simulators.<br>- Consulted by National Technical Support on issues regarding specific products.<br>- Answered technical inquiries and maintained FCO status in areas of responsibility.<br>- Instructor at Control Data Institute for Computer Technology. |
| **S/W & Misc Exp:** | Novell Netware; MSDOS; Unix; AS400; Sybase; Microsoft NT, Windows 95, 3.1 and Workgroups; WordPerfect for Windows and DOS; MicroSoft Word; Basic; Visual Basic; Cobol; Fortran; Clarion; PowerBuilder 3.0; DBASEIII & IV; Paradox; Powersoft Client Server; Data Base Design and Normalization; User Interface Design; Definition of Business Rules for Analysis Tasks; QA Testing. |
| **Misc Seminars:** | Cost and Elements of Document Management Implementation; Instructor Techniques; Management Skills; Negotiating Techniques |
| **References:** | Upon Request |

# Exhibit 3

# Analysis of the Certified Election Results
## General Election of November 6, 2001 in the City of New York
Compiled and Written by William E. Murawski

There are two parts to the Analysis of the Certified Election Results (ACER) for the General Election held in the City of New York on November 6, 2001 (hereinafter referred to as "the Election").

The first part of ACER is titled **Part I: A Comparative Analysis of Voters in the Election**. It utilizes information from the certified election results of the Board of Elections for the City of New York (hereinafter referred to as "the Board") for the Election, the voter registration rolls provided by the Board that is dated November 5, 2001, and statistical data from the United States Census Bureau for the year 2000 census for a comparative analysis of voters. The analysis is based on the total population, the total population that is of the legal age to vote and the entire population of registered voters in the City of New York.

The second part of ACER is titled **Part II: An Analysis of Unrecorded Votes in the Election** that focuses on the number of voters whose votes were not or could not be recorded (counted). The word "recorded" is used throughout ACER because it is the term that the Board uses for votes that have been counted. It is apparent that the Board also uses the term "unrecorded votes" instead of the more common term "votes that were not counted" when it describes the situation when a person casts a vote and that vote is not counted. Therefore the terms "unrecorded votes" or "votes that were not or could not be recorded" are used instead of the more popular phrase "votes that were not or could not be counted".

The analysis of the voters are presented on city and borough-wide basis for the elections of the Mayor, Public Advocate, Comptroller, Borough Presidents and City Council of the City of New York by using the sources of information provided by the Board and the United States Census. The political unit described as a "borough" on the comparative summaries in ACER is also referred to as a county of which there are five in the City of New York. However, for simplification purposes, all references to the county as a political unit will be made using the word "borough" because that is the most familiar term used and understood by the general population. The name of the county will be sometimes noted in parenthesis in parts of ACER to keep the reader aware that the words "borough" and "county" are synonymous in terms of ACER.

The results of the comparative analysis in ACER clearly reveals the level of participation of the people of the people of the City of New York in the Election and raises questions about the management and oversight of the electoral process by the Board of Elections for the City of New York for the general election that was held in the City of New York on November 6, 2001. All percentages in ACER are rounded the nearest full number.

It should be noted that three of the five boroughs of New York City -- Manhattan, Brooklyn and the Bronx -- are covered by Section 5 of the Voting Rights Act.

Copyright 2004 William E. Murawski                    All Rights Reserved                    1

# Part I: A Comparative Analysis of Voters in the Election

## A: City Wide Summary of Voters and Elective Offices

This city wide summary analyzes voters who voted in the November 6, 2001 General Election in the City of New York and the percentages of voters who **elected candidates** to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough Presidents and the City Council.

Analysis of voters is made on a city-wide basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, all of the statements designated with the letters a, b and c immediately below this paragraph regarding the election of the Mayor of the City of New York, the Public Advocate of the City of New York, the Comptroller of the City of New York, the Borough Presidents of all boroughs of the City of New York, and all City Council Members of the City of New York are considered to be factual. See Tables CAV-1, CAV-2, and CAV-3 on page 20 for reference.

### 1. Election for the Mayor of the City of New York
a. **9%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Mayor.
b. **12%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor.
c. **20%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Mayor.

### 2. Election for the Public Advocate of the City of New York
a. **11%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **13%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Public Advocate.
c. **23%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Public Advocate.

### 3. Election for the Comptroller of the City of New York
a. **11%** of the population of the City of New York who had their votes recorded (counted) by the Board elected the Comptroller.
b. **13%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **21%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected the Comptroller.

Copyright 2004 William E. Murawski                    All Rights Reserved

### 4. Elections for All Borough Presidents of the City of New York

a. **10%** of the population of the City of New York who their votes recorded (counted) by the Board elected all Borough Presidents.

b. **13%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected all Borough Presidents.

c. **22%** of the population of registered voters of the City of New York who had their votes recorded (counted) by the Board elected all Borough Presidents.

### 5. Elections for All City Council Members

a. **10%** of the population of the City of New York who had their votes recorded (counted) by the Board elected all City Council Members.

b. **14%** of the population of the City of New York who are of the legal voting age who had their votes recorded (counted) by the Board elected all City Council Members.

c. **22%** of the population of registered voters in the City of New York who had their votes recorded (counted) by the Board elected all City Council Members.

Copyright 2004 William E. Murawski                All Rights Reserved                3

## B: City-Wide and Borough Comparison of Voters

This city-wide and borough wide summaries analyze people who who voted in the general election on November 6, 2001 in the City of New York either by going to the polls and voted by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. Votes that were recorded (counted) and votes that were not or could not be recorded (counted) are **included** in the summaries.

Analysis of the voters are made below on a city-wide and borough basis using the statistical data from the United States Census Bureau for the year 2000 and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, all of the information in the statements designated with the letters a, b and c below this paragraph regarding the elections of the Mayor of the City of New York, the Public Advocate of the City of New York, the Comptroller of the City of New York, the Borough Presidents of all boroughs of the City of New York, and all City Council Members of the City of New York are considered to be factual. See Table CAV1 on page 21 for information from all sources mentioned.

### 1. Voters in the City of New York
a. **19%** of the total population of the City of New York voted.
b. **25%** of total population who are of the voting age in the City of New York voted.
c. **41%** of the registered voters in the City of New York voted.

### 2. Voters in the Borough of Manhattan – New York County
a. **26%** of the total population of the Borough of Manhattan voted.
b. **31%** of total population who are of the voting age in the Borough of Manhattan voted.
c. **45%** of the registered voters in the Borough of Manhattan voted.

### 3. Voters in the Borough of the Bronx – Bronx County
a. **14%** of the total population of the Borough of the Bronx voted.
b. **21%** of total population who are of the voting age in the Borough of the Bronx voted.
c. **33%** of the registered voters in the Borough of the Bronx voted.

### 4. Voters in the Borough of Brooklyn – Kings County
a. **17%** of the total population of the Borough of Brooklyn voted.
b. **24%** of total population who are of the voting age in the Borough of Brooklyn voted.
c. **38%** of the registered voters in the Borough of Brooklyn voted.

### 5. Voters in the Borough of Queens – Queens County
a. **18%** of the total population of the Borough of Queens voted.
b. **23%** of total population who are of the voting age in the Borough of Queens voted.
c. **42%** of the registered voters in the Borough of Queens voted.

### 6. Voters in the Borough of Staten Island – Richmond County
a. **25%** of the total population of the Borough of Staten Island voted.
b. **34%** of total population who are of the voting age in the Borough of Staten Island voted.
c. **49%** of the registered voters in the Borough of Staten Island voted.

## C: Comparative Analysis of Voters in the Borough of Manhattan
### (New York County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Manhattan. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of Manhattan to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who members had their **votes recorded (counted)** for all candidates in the elections in the Borough of Manhattan for Mayor, Public Advocate, Comptroller, Borough President of Manhattan and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis for people who voted in the November 6, 2001 General Election in the Borough of Manhattan and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Manhattan and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Manhattan in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Manhattan for the Mayor, Public Advocate, Comptroller, the Borough President of Manhattan and the City Council are considered factual. See Table CAV2-M on page 22 for reference.

#### 1. Election for Mayor in the Borough of Manhattan – New York County
a. **12%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Mayor.
b. **14%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **21%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the Mayor.

#### 2. Election for Public Advocate in the Borough of Manhattan – New York County
a. **16%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **19%** of the population in Manhattan who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **28%** of the population of registered voters in Manhattan who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski                    All Rights Reserved                    5

**3. Election for the Comptroller in the Borough of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Comptroller.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **26%** of the population of registered voters in Manhattan who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.
c. **26%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the Borough President of Manhattan.

**5. Elections for the City Council Members in the Borough of Manhattan – New York County**
a. **15%** of the population of Manhattan who had their votes recorded (counted) by the Board elected the City Council Members.
b. **18%** of the population in Manhattan who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **26%** of the population of registered voters in Manhattan who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:**  This summary for the Borough of Manhattan analyzes voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots.  The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Manhattan for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council.  The summary **does not include** votes that were not or could not be recorded (unrecorded).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph.  Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Manhattan for Mayor, Public Advocate, Comptroller, Borough President of Manhattan and City Council are considered factual.  See Table CAV3-M on page 23 for reference.

Copyright 2004 William E. Murawski
All Rights Reserved

### 1. Election for Mayor in the Borough of Manhattan – New York County

a. **25%** of the population of Manhattan voted for the election of Mayor and had their votes recorded (counted).

b. **30%** of the population of Manhattan who are of the legal voting age voted for Mayor and had their votes recorded (counted).

c. **44%** of the population of registered voters in Manhattan voted for Mayor and had their votes recorded (counted).

### 2. Election for Public Advocate in the Borough of Manhattan – New York County

a. **18%** of the population of Manhattan voted for Public Advocate and had their votes recorded (counted).

b. **22%** of the population in Manhattan who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).

c. **32%** of the population of registered voters in Manhattan voted for the Public Advocate and had their votes recorded (counted).

### 3. Election for the Comptroller in the Borough of Manhattan – New York County

a. **18%** of the population of Manhattan voted for the Comptroller and had their votes recorded (counted).

b. **21%** of the population of Manhattan who are of the legal voting age voted for Comptroller and had their votes recorded (counted).

c. **31%** of the population of registered voters in Manhattan voted for Comptroller and had their votes recorded (counted).

### 4. Election for Mayor the Borough President of Manhattan – New York County

a. **20%** of the population of Manhattan voted for the Borough President and had their votes recorded (counted).

b. **24%** of the population of Manhattan who are of the legal voting age voted for Borough President and had their votes recorded (counted).

c. **36%** of the population of registered voters in Manhattan who voted for Comptroller and their votes were recorded (counted).

### 5. Elections for the City Council in the Borough of Manhattan – New York County

a. **21%** of the population of Manhattan voted for City Council and had their votes recorded (counted).

b. **24%** of the population of Manhattan who are of the legal voting age voted for City Council and had their votes recorded (counted).

c. **37%** of the population of registered voters in Manhattan voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved

### D: Comparative Analysis of Voters in the Borough of the Bronx
#### (Bronx County)

There are two summaries in the Comparative Analysis of Voters in the Borough of the Bronx. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of the Bronx to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who had their **votes recorded (counted)** for all candidates in the elections in the Borough of the Bronx for Mayor, Public Advocate, Comptroller, Borough President of the Bronx and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis for people who voted in the November 6, 2001 General Election in the Borough of the Bronx and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of the Bronx and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of the Bronx in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of the Bronx for the Mayor, Public Advocate, Comptroller, the Borough President of the Bronx and the City Council are considered factual. See Table CAV2-B on page 22 for reference.

#### 1. Election for Mayor in the Borough of the Bronx – Bronx County
a. **6%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Mayor.
b. **9%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **14%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the Mayor.

#### 2. Election for Public Advocate in the Borough of the Bronx – Bronx County
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **12%** of the population in the Bronx who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **19%** of the population of registered voters in the Bronx who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski                    All Rights Reserved                    8

**3. Election for the Comptroller in the Borough of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Comptroller.
b. **11%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **18%** of the population of registered voters in the Bronx who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.
b. **12%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.
c. **19%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the Borough President of the Bronx.

**5. Elections for the City Council Members in the Borough of the Bronx – Bronx County**
a. **8%** of the population of the Bronx who had their votes recorded (counted) by the Board elected the City Council Members.
b. **12%** of the population in the Bronx who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **19%** of the population of registered voters in the Bronx who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:**  This summary for the Borough of the Bronx compares people who voted in the November 6, 2001 general election in the City of New York whose members voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots.  The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of the City of the Bronx for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (counted).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph.  Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of the Bronx for Mayor, Public Advocate, Comptroller, Borough President of the Bronx and City Council are considered factual.  See Table CAV3-B on page 23 for reference.

**1. Election for Mayor in the Borough of the Bronx – Bronx County**
a. **14%** of the population of the Bronx voted for the election of Mayor and had their votes recorded (counted).
b. **20%** of the population of the Bronx who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **32%** of the population of registered voters in the Bronx voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved

**2. Election for Public Advocate in the Borough of the Bronx – Bronx County**

a. **9%** of the population of the Bronx voted for Public Advocate and had their votes recorded (counted).

b. **13%** of the population in the Bronx who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).

c. **37%** of the population of registered voters in the Bronx voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of the Bronx – Bronx County**

a. **9%** of the population of the Bronx voted for the Comptroller and had their votes recorded (counted).

b. **13%** of the population of the Bronx who are of the legal voting age voted for Comptroller and had their votes recorded (counted).

c. **20%** of the population of registered voters in the Bronx voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of the Bronx – Bronx County**

a. **10%** of the population of the Bronx voted for the Borough President and had their votes recorded (counted).

b. **15%** of the population of the Bronx who are of the legal voting age voted for Borough President and had their votes recorded (counted).

c. **24%** of the population of registered voters in the Bronx who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of the Bronx – Bronx County**

a. **11%** of the population of the Bronx voted for City Council and had their votes recorded (counted).

b. **15%** of the population of the Bronx who are of the legal voting age voted for City Council and had their votes recorded (counted).

c. **24%** of the population of registered voters in the Bronx voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved

## E: Comparative Analysis of Voters in the Borough of Brooklyn
### (Kings County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Brooklyn. The Elected Candidates Summary demonstrates the percentages of people who **elected candidates** in the elections held in the Borough of Brooklyn to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who had their **votes recorded (counted)** for all candidates in the elections in the Borough of Brooklyn for Mayor, Public Advocate, Comptroller. Borough President of Brooklyn and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Brooklyn and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor. Public Advocate, Comptroller, Borough President of Brooklyn and the City Council.

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Brooklyn in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Brooklyn for the Mayor, Public Advocate, Comptroller, the Borough President of Brooklyn and the City Council are considered factual. See Table CAV2-K on page 22 for reference.

### 1. Election for Mayor in the Borough of Brooklyn – Kings County
a. **8%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Mayor.
b. **10%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **17%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the Mayor.

### 2. Election for Public Advocate in the Borough of Brooklyn – Kings County
a. **10%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **14%** of the population in Brooklyn who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **22%** of the population of registered voters in Brooklyn who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

### 3. Election for the Comptroller in the Borough of Brooklyn – Kings County

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Comptroller.

b. **13%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.

c. **20%** of the population of registered voters in Brooklyn who ad their votes recorded (counted) by the Board elected the Comptroller.

### 4. Election for Mayor the Borough President of Brooklyn – Kings County

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

b. **12%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

c. **20%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the Borough President of Brooklyn.

### 5. Elections for the City Council Members in the Borough of Brooklyn – Kings County

a. **9%** of the population of Brooklyn who had their votes recorded (counted) by the Board elected the City Council Members.

b. **13%** of the population in Brooklyn who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.

c. **21%** of the population of registered voters in Brooklyn who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:** This summary for the Borough of Brooklyn demonstrates voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots. The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Brooklyn for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council. The summary **does not include** votes that were not or could not be recorded (unrecorded).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph. Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Brooklyn for Mayor, Public Advocate, Comptroller, Borough President of Brooklyn and City Council are considered factual. See Table CAV3-K on page 23 for reference.

### 1. Election for Mayor in the Borough of Brooklyn – Kings County

a. **17%** of the population of Brooklyn voted for the election of Mayor and had their votes recorded (counted).

b. **23%** of the population of Brooklyn who are of the legal voting age voted for Mayor and had their votes recorded (counted).

c. **37%** of the population of registered voters in Brooklyn voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved

### 2. Election for Public Advocate in the Borough of Brooklyn – Kings County

a. **11%** of the population of Brooklyn voted for Public Advocate and had their votes recorded (counted).

b. **15%** of the population in Brooklyn who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).

c. **20%** of the population of registered voters in Brooklyn voted for the Public Advocate and had their votes recorded (counted).

### 3. Election for the Comptroller in the Borough of Brooklyn – Kings County

a. **11%** of the population of Brooklyn voted for the Comptroller and had their votes recorded (counted).

b. **15%** of the population of Brooklyn who are of the legal voting age voted for Comptroller and had their votes recorded (counted).

c. **24%** of the population of registered voters in Brooklyn voted for Comptroller and had their votes recorded (counted).

### 4. Election for Mayor the Borough President of Brooklyn – Kings County

a. **12%** of the population of Brooklyn voted for the Borough President and had their votes recorded (counted).

b. **16%** of the population of Brooklyn who are of the legal voting age voted for Borough President and had their votes recorded (counted).

c. **27%** of the population of registered voters in Brooklyn who voted for Comptroller and their votes were recorded (counted).

### 5. Elections for the City Council in the Borough of Brooklyn – Kings County

a. **13%** of the population of Brooklyn voted for City Council and had their votes recorded (counted).

b. **18%** of the population of Brooklyn who are of the legal voting age voted for City Council and had their votes recorded (counted).

c. **28%** of the population of registered voters in Brooklyn voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved                    13

### F: Comparative Analysis of Voters in the Borough of Queens
#### (Queens County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Queens. The Elected Candidates Summary demonstrates the percentages of voters who **elected candidates** in the elections held in the Borough of Queens to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who had their **votes recorded (counted)** for all candidates in the elections in the Borough of Queens for Mayor, Public Advocate, Comptroller, Borough President of Queens and Council of the City Council in the Election.

**1. Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Queens and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Queens and the City Council.

Analysis of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Queens in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted). Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections held in the Borough of Queens for the Mayor, Public Advocate, Comptroller, the Borough President of Queens and the City Council are considered factual. See Table CAV2-Q on page 22 for reference.

#### 1. Election for Mayor in the Borough of Queens – Queens County
a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Mayor.
b. **12%** of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Mayor. .
c. **23%** of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the Mayor.

#### 2. Election for Public Advocate in the Borough of Queens – Queens County
a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Public Advocate.
b. **12%** of the population in Queens who are of the legal voting age who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.
c. **22%** of the population of registered voters in Queens who cast their votes and had those votes recorded (counted) by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski                    All Rights Reserved                    14

**3. Election for the Comptroller in the Borough of Queens – Queens County**
a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Comptroller.
b. **11%** of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **21%** of the population of registered voters in Queens who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Queens – Queens County**
a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the Borough President of Queens.
b. **11%** of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Queens.
c. **21%** of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the Borough President of Queens.

**5. Elections for the City Council Members in the Borough of Queens – Queens County**
a. **9%** of the population of Queens who had their votes recorded (counted) by the Board elected the City Council Members.
b. **11%** of the population in Queens who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **21%** of the population of registered voters in Queens who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:**  This summary for the Borough of Queens demonstrates voters in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots.  The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Queens for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council.  The summary **does not include** votes that were not or could not be recorded (counted).

Analysis of voters are made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph.  Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Queens for Mayor, Public Advocate, Comptroller, Borough President of Queens and City Council are considered factual.  See Table CAV3-Q on page 23 for reference.

**1. Election for Mayor in the Borough of Queens – Queens County**
a. **17%** of the population of Queens voted for the election of Mayor and had their votes recorded (counted).
b. **22%** of the population of Queens who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **41%** of the population of registered voters in Queens voted for Mayor and had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved                    15

**2. Election for Public Advocate in the Borough of Queens – Queens County**
a. **11%** of the population of Queens voted for Public Advocate and had their votes recorded (counted).
b. **14%** of the population in Queens who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **26%** of the population of registered voters in Queens voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Queens – Queens County**
a. **10%** of the population of Queens voted for the Comptroller and had their votes recorded (counted).
b. **13%** of the population of Queens who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **25%** of the population of registered voters in Queens voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Queens – Queens County**
a. **13%** of the population of Queens voted for the Borough President and had their votes recorded (counted).
b. **17%** of the population of Queens who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **31%** of the population of registered voters in Queens who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Queens – Queens County**
a. **13%** of the population of Queens voted for City Council and had their votes recorded (counted).
b. **17%** of the population of Queens who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **31%** of the population of registered voters in Queens voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski        All Rights Reserved        16

### G: Comparative Analysis of Voters in the Borough of Staten Island
(Richmond County)

There are two summaries in the Comparative Analysis of Voters in the Borough of Staten Island.  The Elected Candidates Summary demonstrates the percentages of voters who **elected candidates** in the elections held in the Borough of Staten Island to represent them in the government of the City of New York in the offices of Mayor, Public Advocate, Comptroller, Borough President and the City Council.

The Total Recorded Votes Summary demonstrates the percentages of people who their **votes recorded (counted)** for all candidates in the elections in the Borough of Staten Island for Mayor, Public Advocate, Comptroller, Borough President of Staten Island and Council of the City Council in the Election.

1. **Elected Candidates Summary:** This is a comparative analysis of people who voted in the November 6, 2001 General Election in the Borough of Staten Island and whose votes elected candidates to represent them in elective offices in the government of the City of New York for the offices of the Mayor, Public Advocate, Comptroller, Borough President of Staten Island and the City Council.

Comparisons of the of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the Borough of Staten Island in conjunction with the portions of the certified election results that demonstrate the number of people whose votes were recorded (counted).  Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph  regarding the elections held in the Borough of Staten Island for the Mayor, Public Advocate, Comptroller, the Borough President of Staten Island and the City Council are considered factual.  See Table CAV2-R on page 22 for reference.

    **1. Election for Mayor in the Borough of Staten Island – Richmond County**
a. **19%** of the population of Staten Island who had their votes recorded (counted)  by the Board elected the Mayor.
b. **26%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted)  by the Board elected the Mayor. .
c. **37%** of the population of registered voters in Staten Island who had their votes recorded (counted)  by the Board elected the Mayor.

    **2. Election for Public Advocate in the Borough of Staten Island – Richmond County**
a. **10%** of the population of Staten Island who had their votes recorded (counted)  by the Board elected the Public Advocate.
b. **13%** of the population in Staten Island who are of the legal voting age who cast their votes and had those votes recorded (counted)  by the Board elected the Public Advocate.
c. **19%** of the population of registered voters in Staten Island who cast their votes and had those votes recorded (counted)  by the Board elected the Public Advocate.

Copyright 2004 William E. Murawski All Rights Reserved

**3. Election for the Comptroller in the Borough of Staten Island – Richmond County**
a. **9%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Comptroller.
b. **12%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the Comptroller.
c. **17%** of the population of registered voters in Staten Island who ad their votes recorded (counted) by the Board elected the Comptroller.

**4. Election for Mayor the Borough President of Staten Island – Richmond County**
a. **12%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.
b. **16%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.
c. **22%** of the population of registered voters in Staten Island who had their votes recorded (counted) by the Board elected the Borough President of Staten Island.

**5. Elections for the City Council Members in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island who had their votes recorded (counted) by the Board elected the City Council Members.
b. **17%** of the population in Staten Island who are of the legal voting age who had their votes recorded (counted) by the Board elected the City Council Members.
c. **25%** of the population of registered voters in Staten Island who had their votes recorded (counted) by the Board elected the City Council Members.

**2. Total Recorded Votes Summary:**   This summary for the Borough of Staten Island demonstrates people in the November 6, 2001 general election in the City of New York who voted either by going to the polls and pulled the lever in the mechanical voting booth or by the submission of a paper ballot, which includes absentee, emergency and affidavit ballots.   The summary includes **votes that were recorded (counted)** for all candidates in the elections held in the Borough of Staten Island for the elective offices of Mayor, Public Advocate, Comptroller, Borough President and City Council.   The summary **does not include** votes that were not or could not be recorded (counted).

Analysis of voters is made on a borough basis using the statistical data from the United States Census Bureau for the year 2000 census and the number of voters registered in the City of New York in conjunction with the portions of the certified election results that demonstrates the number of people who voted as described in the previous paragraph.  Based on the aforementioned information, the statements designated with the letters a, b and c immediately below this paragraph regarding the elections in the Borough of Staten Island for Mayor, Public Advocate, Comptroller, Borough President of Staten Island and City Council are considered factual.  See Table CAV3-R on page 23 for reference.

**1. Election for Mayor in the Borough of Staten Island – Richmond County**
a. **25%** of the population of Staten Island voted for the election of Mayor and had their votes recorded (counted).
b. **33%** of the population of Staten Island who are of the legal voting age voted for Mayor and had their votes recorded (counted).
c. **48%** of the population of registered voters in Staten Island voted for Mayor and had their votes recorded (counted).

**2. Election for Public Advocate in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island voted for Public Advocate and had their votes recorded (counted).
b. **18%** of the population in Staten Island who are of the legal voting age voted for Public Advocate and had their votes recorded (counted).
c. **27%** of the population of registered voters in Staten Island voted for the Public Advocate and had their votes recorded (counted).

**3. Election for the Comptroller in the Borough of Staten Island – Richmond County**
a. **13%** of the population of Staten Island voted for the Comptroller and had their votes recorded (counted).
b. **17%** of the population of Staten Island who are of the legal voting age voted for Comptroller and had their votes recorded (counted).
c. **25%** of the population of registered voters in Staten Island voted for Comptroller and had their votes recorded (counted).

**4. Election for Mayor the Borough President of Staten Island – Richmond County**
a. **23%** of the population of Staten Island voted for the Borough President and had their votes recorded (counted).
b. **31%** of the population of Staten Island who are of the legal voting age voted for Borough President and had their votes recorded (counted).
c. **45%** of the population of registered voters in Staten Island who voted for Comptroller and their votes were recorded (counted).

**5. Elections for the City Council in the Borough of Staten Island – Richmond County**
a. **21%** of the population of Staten Island voted for City Council and had their votes recorded (counted).
b. **28%** of the population of Staten Island who are of the legal voting age voted for City Council and had their votes recorded (counted).
c. **40%** of the population of registered voters in Staten Island voted for City Council had their votes recorded (counted).

Copyright 2004 William E. Murawski                    All Rights Reserved

## Tables CAV-1, 2 and 3
## Part I: A Comparative Analysis of Voters in the Election
### City-Wide Analysis by Elective Office of Voters who ELECTED Candidates in the General Election held in the Borough of Manhattan on November 6, 2001

### Table CAV-1: Percentage of the Total Population that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Census Total Population | % of Voters Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 8008278 | 9% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 8008278 | 11% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 8008278 | 11% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 8008278 | 10% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | | | 10% |

### Table CAV-2: Percentage of the Voting Age Population that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Census Ttl Voting Age Population | % Voting Age Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 6068276 | 12% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 6068276 | 13% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 6068276 | 13% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 6068276 | 13% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | 826043 | 6068276 | 14% |

### Table CAV-3: Percentage of Registered Voters that Elected Candidates

|  | Manhattan | Bronx | Brooklyn | Queens | S.I. | 11/6/2001 Election Ttl | Registered Voters | % of Reg Voters Rep Population |
|---|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 80597 | 189040 | 210432 | 84591 | 744457 | 3720439 | 20% |
| Public Advocate | 243083 | 108804 | 244963 | 205881 | 43193 | 845924 | 3720439 | 23% |
| Comptroller | 230181 | 106069 | 226924 | 193300 | 39692 | 796166 | 3720439 | 21% |
| Borough Pres | 227929 | 108680 | 225093 | 193970 | 51517 | 807189 | 3720439 | 22% |
| City Council | 228014 | 112276 | 232965 | 195394 | 57394 | 826043 | 3720439 | 22% |

**11/6/2001 Election Ttl:** Total number of people who voted in the city and elected candidates to represent them in the elective offices of the City of New York in the general election on November 6, 2001. The total votes cast for winning candidates are derived from the certified election results from the Board. This total is the sum of the five boroughs.

**Census Ttl Voting Age Population:** Total population number of people who are of the voting age. The number is from data provided by the United States Census for the census held in the year 2000.

**Registered Voters:** Total population of registered voters in the City of New York. This information is based on the voter registration list generated by the Board of Elections of the City of New York on November 5, 2001.

**% (percentage) of Voters Rep Population:** The percentage of the population who voted in the elections held in the City of New York on November 6, 2001 and who elected candidates that will represent the total population of the city.

**% (percentage) of Voting Age Rep Population:** The percentage of the population class who are of voting age and voted in the elections held in the City of New York that elected candidates to represent the total population of the city.

**% (percentage) of Reg Voters Rep Population:** The percentage of the population class who are registered voters and who voted in the elections held in the City of New York on November 6, 2001 and elected candidates that will represent the total population of the city.

Copyright 2004 William E. Murawski                    All Rights Reserved

## Table CAV1
## Part I: A Comparative Analysis of Voters in the Election
### A City Wide Analysis by Borough of Voters Who Voted in the November 6, 2001 General Election in the City of New York

| Borough | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Manhattan | 398659 | 1278946 | 31% | 876216 | 45% | 1537195 | 26% |
| Bronx | 192637 | 935520 | 21% | 576990 | 33% | 1332650 | 14% |
| Brooklyn | 425978 | 1802153 | 24% | 1109941 | 38% | 2465326 | 17% |
| Queens | 390500 | 1721080 | 23% | 927354 | 42% | 2229379 | 18% |
| Staten Island | 111879 | 330577 | 34% | 229938 | 49% | 443728 | 25% |
| | | | | | | | |
| City Totals | 1510653 | 6068276 | 25% | 3720439 | 41% | 8008278 | 19% |

**Borough:** Borough is synonymous with a County of the state. A Borough is also considered a political unit of the Borough of Manhattan in the elections of New York State. The Borough of Brooklyn is New York County; the Borough of Brooklyn is Kings County; the Borough of Staten Island is Richmond County; The Borough of the Bronx is Bronx County and the Borough of Queens is Queens County.

**Total Voters:** The total number of people who voted in each political unit (borough) and either went to the polls and voted by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. The numbers for the total voters of each political unit are derived from the certified election results (known as recaps) from the Board of Elections of the Borough of Manhattan (herein after referred to as "the Board") for each election in the boroughs, which uses Assembly District results to determine the number of people who voted. Since there is an inconsistency in counting the number of voters for the city-wide offices of Mayor, Public Advocate, Comptroller and the Borough President in each borough, the numbers for total voters that are used in this column are derived from the total number of people who voted in the City Council elections of each borough. **It should be noted:** The Borough of Queens is the only borough where there were no inconsistencies (undercounts or overcounts) found in the number of people who voted for candidates for Mayor, Public Advocate, Comptroller, Borough President when compared to the number of people who voted in the City Council elections held within the borough. See Tables AUV-M, AUV-B, AUV-K, AUV-Q, AUV-R on pages 26 to 30 for reference.

**Voter Age 2000 Census:** The numbers for each borough are derived from the United States Census Bureau for the census in the year 2000 and represent the number of people who are the of the legal age to vote.

**% (percentage) of Voter Age Who Voted:** The percentage of the total number of people who voted and are of the legal age to vote in each borough. These numbers are derived from the certified voting results of the Board for the elections in the borough and the United States Census Bureau statistics for the census in the year 2000.

**Registered Voters:** The number of registered voters on November 5, 2001 in each borough based on information received from the Board.

**% (percentage) of Reg Voters who Voted:** The percentage of registered voters in the borough who voted in the elections held in each borough of New York City on November 6, 2001. These percentages are derived from the certified election results and voter registration information received from the Board.

**2000 Census Total:** The total population in each Borough of New York City, regardless of age. The numbers for each borough are derived from statistical information by the United States Census Bureau for the census conducted in the year 2000.

**% (percentage) of Voters Representing Pop:** The percentage of people who voted in the elections held in each borough of the Borough of Manhattan on November 6, 2001 and who elected the candidates that will represent the total population of each borough. The percentages for each borough are derived from statistics of the United States Census Bureau for the census conducted in the year 2000 and the certified election results from the Board of the general election that was held on November 6, 2001.

Copyright 2004 William E. Murawski                    All Rights Reserved                    21

## Tables CAV2
## Part I: A Comparative Analysis of Voters in the Election
#### Borough-Wide Analysis by Elective Office of Voters who ELECTED Candidates in the General Election held on November 6, 2001

### Table CAV2-M:  Analysis for the Borough of Manhattan

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 179797 | 1278946 | 14% | 876216 | 21% | 1537195 | 12% |
| Public Advocate | 243083 | 1278946 | 19% | 876216 | 28% | 1537195 | 16% |
| Comptroller | 230181 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |
| Borough Pres | 227929 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |
| City Council | 228014 | 1278946 | 18% | 876216 | 26% | 1537195 | 15% |

### Table CAV2-B:  Analysis for the Borough of the Bronx

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 80597 | 935520 | 9% | 576990 | 14% | 1332650 | 6% |
| Public Advocate | 108804 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |
| Comptroller | 106069 | 935520 | 11% | 576990 | 18% | 1332650 | 8% |
| Borough Pres | 108680 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |
| City Council | 112276 | 935520 | 12% | 576990 | 19% | 1332650 | 8% |

### Table CAV2-K:  Analysis for the Borough of Brooklyn

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 189040 | 1802153 | 10% | 1109941 | 17% | 2465326 | 8% |
| Public Advocate | 244963 | 1802153 | 14% | 1109941 | 22% | 2465326 | 10% |
| Comptroller | 226924 | 1802153 | 13% | 1109941 | 20% | 2465326 | 9% |
| Borough Pres | 225093 | 1820153 | 12% | 1109941 | 20% | 2465326 | 9% |
| City Council | 232965 | 1802153 | 13% | 1109941 | 21% | 2465326 | 9% |

### Table CAV2-Q:  Analysis for the Borough of Queens

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 210432 | 1721080 | 12% | 927354 | 23% | 2229379 | 9% |
| Public Advocate | 205881 | 1721080 | 12% | 927354 | 22% | 2229379 | 9% |
| Comptroller | 193300 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |
| Borough Pres | 193970 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |
| City Council | 195394 | 1721080 | 11% | 927354 | 21% | 2229379 | 9% |

### Table CAV2-R:  Analysis for the Borough of Staten Island

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 84591 | 330577 | 26% | 229938 | 37% | 443728 | 19% |
| Public Advocate | 43193 | 330577 | 13% | 229938 | 19% | 443728 | 10% |
| Comptroller | 39692 | 330577 | 12% | 229938 | 17% | 443728 | 9% |
| Borough Pres | 51517 | 330577 | 16% | 229938 | 22% | 443728 | 12% |
| City Council | 57394 | 330577 | 17% | 229938 | 25% | 443728 | 13% |

**Total Voters:**  Number of people in their respective borough who voted for the winning candidates in each election.  The total voters for City Council is the sum total of all people who voted in elections for all winning candidates in the elections held in the respective boroughs.

Copyright 2004 William E. Murawski                All Rights Reserved

## Tables CAV3
## Part I: A Comparative Analysis of Voters in the Election
**Borough-Wide Analysis by Elective Office of Voters who <u>VOTED</u> in the General Election held on November 6, 2001 and had their <u>VOTES RECORDED (COUNTED)</u>**

### Table CAV3-M:  Analysis for the Borough of Manhattan

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 389791 | 1278946 | 30% | 876216 | 44% | 1537195 | 25% |
| Public Advocate | 283286 | 1278946 | 22% | 876216 | 32% | 1537195 | 18% |
| Comptroller | 270174 | 1278946 | 21% | 876316 | 31% | 1537195 | 18% |
| Borough Pres | 312885 | 1278946 | 24% | 876216 | 36% | 1537195 | 20% |
| City Council | 320858 | 1278946 | 25% | 876216 | 37% | 1537195 | 21% |

### Table CAV3-B:  Analysis for the Borough of the Bronx

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 187003 | 935520 | 20% | 576990 | 32% | 1332650 | 14% |
| Public Advocate | 121187 | 935520 | 13% | 576990 | 37% | 1332650 | 9% |
| Comptroller | 120487 | 935520 | 13% | 576990 | 20% | 1332650 | 9% |
| Borough Pres | 137014 | 935520 | 15% | 576990 | 24% | 1332650 | 10% |
| City Council | 140852 | 935520 | 15% | 576990 | 24% | 1332650 | 11% |

### Table CAV3-K:  Analysis for the Borough of Brooklyn

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 413854 | 1802153 | 23% | 1109941 | 37% | 2465326 | 17% |
| Public Advocate | 277065 | 1802153 | 15% | 1109941 | 20% | 2465326 | 11% |
| Comptroller | 269272 | 1802153 | 15% | 1109941 | 24% | 2465326 | 11% |
| Borough Pres | 294431 | 1820153 | 16% | 1109941 | 27% | 2465326 | 12% |
| City Council | 316037 | 1802153 | 18% | 1109941 | 28% | 2465326 | 13% |

### Table CAV3-Q:  Analysis for the Borough of Queens

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 380215 | 1721080 | 22% | 927354 | 41% | 2229379 | 17% |
| Public Advocate | 240158 | 1721080 | 14% | 927354 | 26% | 2229379 | 11% |
| Comptroller | 231410 | 1721080 | 13% | 927354 | 25% | 2229379 | 10% |
| Borough Pres | 285309 | 1721080 | 17% | 927354 | 31% | 2229379 | 13% |
| City Council | 288017 | 1721080 | 17% | 927354 | 31% | 2229379 | 13% |

### Table CAV3-R:  Analysis for the Borough of Staten Island

|  | Total Voters | Voter Age 2000 Census | % Voter Age Who Voted | Registered Voters | % Reg Voters Who Voted | 2000 Census Total Pop | % of Voters Representing Pop |
|---|---|---|---|---|---|---|---|
| Mayor | 110015 | 330577 | 33% | 229938 | 48% | 443728 | 25% |
| Public Advocate | 59418 | 330577 | 18% | 229938 | 27% | 443728 | 13% |
| Comptroller | 57501 | 330577 | 17% | 229938 | 25% | 443728 | 13% |
| Borough Pres | 104044 | 330577 | 31% | 229938 | 45% | 443728 | 23% |
| City Council | 92117 | 330577 | 28% | 229938 | 40% | 443728 | 21% |

**Total Voters:** The total number of people who voted either by pulling the lever in the mechanical voting booth or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots AND who had their votes recorded (counted).  This number DOES NOT include votes that were not or could not be recorded (counted).

Copyright 2004 William E. Murawski                          All Rights Reserved

## Part II: Analysis of Unrecorded Votes in the Election

The Analysis of Unrecorded Votes in the Election that was held in the City of New York on November 6, 2001 contains summaries for each of the five political units known as boroughs or counties in the City of New York.   The numbers in each of the five summaries are derived directly from the certified election results from the Board of Elections of the City of New York for the Election.   The focus of these summaries is votes that were not or could not be recorded (counted) by the Board of Elections for the City of New York in each of the elections for the elective offices of Mayor, Public Advocate, Comptroller the Borough Presidents and the Council of the City of New York.

See Tables AUV-M, AUV-B, AUV-K. AUV-Q, AUV-R on pages 26 to30 for reference regarding the statements made below this paragraph that are designated with the letters a through e regarding the elections of candidates to the elective offices of Mayor, Public Advocate, Comptroller, Borough Presidents and Council of the City of New York.   The information contained within each table are based solely on the certified election results for the General Election that was held in the City of New York on November 6, 2001 and are segmented by borough.

### Elections for City Wide Offices of Mayor, Public Advocate and Comptroller

In the city-wide elections, the election for the Mayor of the City of New York, the numbers show a **3%** average across the five Boroughs for votes that were not or could not be recorded (counted).  The elections for the  Public Advocate and Comptroller respectively demonstrate a **40%** and **43%** average of votes that were not or could not be recorded (counted)city-wide.

#### 1. Election for Mayor
a. **2%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Manhattan.
b. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of the Bronx.
c. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Brooklyn.
d. **3%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Queens.
e. **2%** of the votes were not or could not be recorded (counted) in the election for Mayor in the Borough of Staten Island.

#### 2. Election for Public Advocate
a. **41%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Manhattan.
b. **37%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of the Bronx.
c. **35%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Brooklyn.
d. **38%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Queens.
e. **47%** of the votes were not or could not be recorded (counted) in the election for Public Advocate in the Borough of Staten Island.

#### 3. Election for Comptroller

a. **48%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Manhattan.
b. **37%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of the Bronx.
c. **38%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Brooklyn.
d. **41%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Queens.
e. **49%** of the votes were not or could not be recorded (counted) in the election for Comptroller in the Borough of Staten Island.

### 4. Elections for Borough Presidents

a. **27%** of the votes were not or could not be recorded (counted) in the election of Borough President of Manhattan.
b. **29%** of the votes were not or could not be recorded (counted) in the election of the Borough President of the Bronx.
c. **31%** of the votes were not or could not be recorded (counted) in the election of the Borough President of Brooklyn.
d. **27%** of the votes were not or could not be recorded (counted) in the election of the Borough President of Queens.
e. **7%** of the votes were not or could not be recorded (counted) in the election for the Borough President of Staten Island.

### 5. Elections in City Council Districts

a. **28%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Manhattan.
b. **30%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of the Bronx.
c. **27%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Brooklyn.
d. **26%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Queens.
e. **18%** of the votes were not or could not be recorded (counted) in the elections for City Council in the Borough of Staten Island.

Sixteen (16) elections for the City Council are in the **10% to 19%**; twenty-five (25) elections for the City Council are in the **20% to 29%**; and fourteen (14) elections for the City Council are in the **30% and above** percentage ranges for votes that were not or could not be recorded (counted).

**78%** of the votes that were not or could not be recorded is in the election that was held in the Borough of Manhattan for the 22nd City Council District is the highest percentage of votes that were not or could not be recorded (counted) in all elections for City Council. The Borough of the Bronx has the second highest percentage of votes that were not or could not be recorded (counted) in the election for the 8th City Council District at **45%**.

It should be noted that boundaries for City Council Districts 8, 22 and 50 as defined in the City of New York violate section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

Copyright 2004 William E. Murawski                All Rights Reserved                25

## Table AUV-M
## Part II: Analysis of Unrecorded Votes in the Election
### Summary of Certified Voting Results for the Borough of Manhattan
### (New York County)

| | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **398977 | 384657 | 389677 | 9186 | 114 | 2% |
| Public Advocate | 398659 | 384657 | 283258 | 115373 | 28 | 41% |
| Comptroller | 398659 | 384657 | 270162 | 128485 | 12 | 48% |
| Borough President | 398659 | 384657 | 312880 | 85774 | 5 | 27% |
| | | | | | | |
| District 1 | 30537 | 29411 | 25886 | 4650 | 1 | 15% |
| District 2 | 42813 | 41152 | 33748 | 9065 | 0 | 21% |
| District 3 | 48096 | 46412 | 39731 | 8364 | 1 | 18% |
| District 4 | 52177 | 49702 | 44269 | 7907 | 1 | 15% |
| District 5 | 51463 | 49552 | 42068 | 9394 | 1 | 18% |
| District 6 | 54771 | 52962 | 44965 | 9805 | 1 | 18% |
| District 7 | 31914 | 30881 | 23641 | 8270 | 3 | 26% |
| District 8 (4) | 29096 | 28362 | 21115 | 7979 | 2 | 27% |
| District 9 | 36379 | 35292 | 29192 | 7182 | 5 | 20% |
| District 10 | 21333 | 20866 | 16180 | 5150 | 3 | 24% |
| District 22 (5) | 80 | 65 | 45 | 35 | 0 | 78% |
| | | | | | | |
| City Council Ttls | 398659 | 384657 | 320840 | 77801 | 18 | (6) 28% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency and affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated in this column are **318 more** for Mayor when compared to the baseline number. **It should be noted:** The County of Queens is the only County where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4) and (5):** City Council Districts 8 and 22 overlap into the Bronx and Queens Counties respectively. This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(6)** 20% is the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski          All Rights Reserved          26

## Table AUV-B
## Part II: Analysis of Unrecorded Votes in the Election
### Summary of Certified Voting Results for the Borough of the Bronx
### (Bronx County)

| | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **193128 | 187331 | 186946 | 6125 | 57 | 3% |
| Public Advocate | **192531 | 187331 | 121170 | 71344 | 17 | 37% |
| Comptroller | **192528 | 187331 | 120481 | 72041 | 6 | 37% |
| Borough President | **192629 | 187331 | 137001 | 55615 | 13 | 29% |
| | | | | | | |
| District 8 (4) | 2254 | 2216 | 1236 | 1018 | 0 | 45% |
| District 11 | 33013 | 31757 | 25839 | 7172 | 2 | 22% |
| District 12 | 30768 | 30102 | 22877 | 7888 | 3 | 26% |
| District 13 | 31528 | 30520 | 24509 | 7019 | 0 | 22% |
| District 14 | 16113 | 15681 | 10407 | 5706 | 0 | 35% |
| District 15 | 16245 | 15860 | 11208 | 5037 | 0 | 31% |
| District 16 | 19252 | 18666 | 13702 | 5549 | 1 | 29% |
| District 17 | 20488 | 20112 | 14373 | 6114 | 2 | 30% |
| District 18 | 22976 | 22417 | 16686 | 6283 | 7 | 27% |
| | | | | | | |
| City Council Ttls | 192637 | 187331 | 140837 | 51386 | 15 | (5) 30% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **\*\*Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are 491 more for the Office of Mayor; 106 fewer for Public Advocate; 109 fewer for Comptroller; and 8 fewer for the Borough President when compared to the baseline number. It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of the Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council Districts 8 overlaps into the County of New York (Manhattan). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 30% is the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski          All Rights Reserved          27

**Table AUV-K**
**Part II: Analysis of Unrecorded Votes in the Election**
Summary of Certified Voting Results for the Borough of Brooklyn
(Kings County)

| | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **425951 | 408864 | 413828 | 12097 | 26 | 3% |
| Public Advocate | **425979 | 408864 | 277062 | 148914 | 3 | 35% |
| Comptroller | **425985 | 408864 | 269269 | 156713 | 3 | 38% |
| Borough President | **425967 | 408864 | 294429 | 131536 | 2 | 31% |
| | | | | | | |
| District 33 | 32391 | 31161 | 22166 | 10225 | 0 | 32% |
| District 34 | 20676 | 20047 | 14068 | 6606 | 0 | 32% |
| District 35 | 28295 | 27277 | 23598 | 4695 | 5 | 27% |
| District 36 | 21965 | 21239 | 15983 | 5977 | 5 | 27% |
| District 37 | 15847 | 15265 | 9491 | 6356 | 0 | 40% |
| District 38 | 21877 | 21267 | 16695 | 5182 | 0 | 24% |
| District 39 | 32341 | 31319 | 25521 | 6818 | 2 | 21% |
| District 40 | 19276 | 19698 | 14041 | 5235 | 0 | 27% |
| District 41 | 21224 | 20589 | 14787 | 6437 | 0 | 30% |
| District 42 | 22323 | 21674 | 16089 | 6234 | 0 | 28% |
| District 43 | 32592 | 31230 | 29451 | 3141 | 0 | 10% |
| District 44 | 27683 | 26345 | 17231 | 10452 | 0 | 38% |
| District 45 | 25122 | 24454 | 17989 | 7133 | 0 | 28% |
| District 46 | 36299 | 35072 | 27042 | 9257 | 0 | 26% |
| District 47 | 29565 | 27142 | 23646 | 5919 | 0 | 20% |
| District 48 | 32498 | 30481 | 23883 | 8615 | 0 | 27% |
| District 50 (4) | 6004 | 5604 | 4371 | 1633 | 0 | 27% |
| | | | | | | |
| City Council Ttls | 425978 | 408864 | 316052 | 109915 | 12 | (5) 27% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are **27 fewer** for the Office of Mayor; **1 more** for Public Advocate; **7 more** for Comptroller; and **11 fewer** for the Borough President when compared to the baseline number. **It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of the Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council District 50 overlaps into the County of Richmond (Staten Island). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 27% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski                    All Rights Reserved                    28

## Table AUV-Q
### Part II: Analysis of Unrecorded Votes in the Election
#### Summary of Certified Voting Results for the Borough of Queens
#### (Queens County)

| | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | 390500 | 380450 | 380109 | 10285 | 106 | 3% |
| Public Advocate | 390500 | 380450 | 240146 | 150342 | 12 | 38% |
| Comptroller | 390500 | 380450 | 231401 | 159090 | 9 | 41% |
| Borough President | 390500 | 380450 | 285299 | 105192 | 9 | 27% |
| | | | | | | |
| District 19 | 39237 | 39277 | 34084 | 5148 | 5 | 13% |
| District 20 | 242289 | 23541 | 19871 | 4408 | 10 | 18% |
| District 21 | 17593 | 17202 | 8847 | 8744 | 2 | 50% |
| District 22  (4) | 25125 | 24572 | 20903 | 4220 | 2 | 17% |
| District 23 | 37216 | 36283 | 30515 | 6700 | 1 | 18% |
| District 24 | 30135 | 29322 | 17808 | 12323 | 4 | 41% |
| District 25 | 21669 | 21208 | 12513 | 9154 | 2 | 42% |
| District 26 | 25283 | 24718 | 13904 | 11375 | 4 | 45% |
| District 27 | 29199 | 28601 | 21975 | 7224 | 0 | 25% |
| District 28 | 22745 | 22250 | 17711 | 5034 | 0 | 22% |
| District 29 | 33123 | 32034 | 18853 | 6442 | 3 | 19% |
| District 30 | 26634 | 25902 | 23129 | 3504 | 1 | 13% |
| District 31 | 26794 | 25906 | 20417 | 6375 | 2 | 24% |
| District 32 | 31458 | 30624 | 27448 | 4007 | 3 | 13% |
| | | | | | | |
| City Council Ttls | 390500 | 380450 | 287978 | 94654 | 39 | (5) 26% |

**(1) Total Votes:**  The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough.  The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District  results.  **It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:**  The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council District 22 overlaps into the County of New York (Manhattan). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 24% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski                    All Rights Reserved                    29

## Table AUV-R
## Part II: Analysis of Unrecorded Votes in the Election
### Summary of Certified Voting Results for the Borough of Staten Island
### (Richmond County)

| | Total Votes (1) | Public Counter | Total Votes Recorded (2) | Total Votes Unrecorded (3) | Total Write-In | % of Votes Unrecorded |
|---|---|---|---|---|---|---|
| Mayor | **111887 | 108152 | 110022 | 1836 | 29 | 2% |
| Public Advocate | 111879 | 108152 | 59407 | 52461 | 11 | 47% |
| Comptroller | 111879 | 108152 | 57495 | 54378 | 6 | 49% |
| Borough President | 111879 | 108152 | 104039 | 7835 | 5 | 7% |
| | | | | | | |
| District 49 | 37553 | 36152 | 31693 | 5860 | 0 | 16% |
| District 50 (4) | 29356 | 28364 | 24054 | 5302 | 0 | 18% |
| District 51 | 44970 | 43636 | 36367 | 8600 | 3 | 19% |
| | | | | | | |
| City Council Ttls | 111879 | 108152 | 92114 | 19762 | 3 | (5) 18% |

**(1) Total Votes:** The total number of people who voted either by pulling the lever in the mechanical voting booth (as indicated by the Public Counter) or by submitting a paper ballot, which includes absentee, emergency or affidavit ballots. Based on information and belief, the number in this column for the offices of the Mayor, Public Advocate, Comptroller and Borough President should be equal to each other AND equal to the total number of people who voted as described above for all City Council elections held within the borough. The numbers are derived from the certified election recaps (results) from the Board of Elections of the City of New York for each election, which uses Assembly District results. **Using the total number of people who voted in the borough in all of the elections for City Council as a baseline correct number of people who voted as described above, the total number of people who voted as indicated are **8 more** for the Office of Mayor when compared to the baseline number. It should be noted:** The Borough of Queens is the only borough where the total number of people who voted as described above, that the numbers in this column for the offices of Mayor, Public Advocate, Comptroller, Borough President are equal to each other AND are equal to the total number listed in this column of all of the City Council offices within the borough.

**(2) Total Votes Recorded:** The total votes cast for all candidates within the county for a particular office.

**(3) Total Votes Unrecorded:** The total number of votes that were not or could not be recorded.

**(4)** City Council District 50 overlaps into Kings County (Brooklyn). This is in direct violation of section § 52.e of the Charter of the City of New York regarding districting that states: A district shall not cross borough or county boundaries.

**(5)** 18% represents the average of Unrecorded Votes for the City Council Districts in the political unit known as the Borough or County.

Copyright 2004 William E. Murawski                    All Rights Reserved                    30

Exhibit 4



This 1999 map by the Campaign Finance Board of New York City Council 3 shows the north end of the district ends at 55th Street where thousands of residents live in multiple high rise buildings maintained by the New York City Housing Authority and HUD. The residents in said buildings know Bill Murawski well because the residents and their families use DeWitt Clinton Park and are fully aware that Bill Murawski saved the park from a 20 year privatization.



This 2002 map of the New York City Council District 3 shows the north end of the district ends at at the south side of 54th street, which borders on the park. The district was gerrymandered against Bill Murawski to prevent thousands of residents living in multiple high rise buildings maintained by the New York City Housing Authority and HUD from voting for him and signing petitions for him.

Exhibit 5

# TheVillager

*Since 1933*

Volume 75, Number 14 | **August 24 - 30, 2005**



## Scoopy's notebook

Reader Services

- thevillager.com
  Search

Email our editor

View our previous issues

Report Distribution Problems

**Also Read:**

**downtown express**

**Gay City** NEWS

**ADVERTISING**

**More PEP-to bismo:** In the latest Park Enforcement Patrol incident in Hudson River Park in the Village, perennial candidate Bill Murawski of Clinton says two women volunteers with his campaign who were collecting petition signatures to get him on the ballot in November on a third party line were recently hassled by about four PEP's. One woman was apparently very shaken up after the PEP's confronted her, with one almost allegedly chest-bumping her, as she was trying to buy a hot dog. Long story short, Murawski got a permit from the Hudson River Park Trust allowing him to gather signatures in the park. Yet, Chris Martin, the Trust's spokesperson, said a petition isn't actually needed for signature collecting. So was the permit issued basically to restrain the overzealous PEP's? No, Martin said, it's just to help make things clear.

**Dorm denial:** Word on the street is that New York University is planning a new dorm at a large site on E. 13th at First Ave. at the location of a former lumber store. But John Beckman, N.Y.U.'s spokesperson, said while the developer may conceivably have reached out to the university, they're not interested.

**Urning man:** In last week's issue, a letter writer noted an old photo of her father in Washington Square Park in the 1920s showed the fountain with — urns. Luther Harris, author of THE book on the square, informs us that urns weren't on the fountain in 1852 when it was installed in the park or in the park's 1869-'70 redesign, but were installed in the 1920s and stayed there until the early 1940s — so clearly they weren't original. The park's 1969-'70 redesign did not include urns, and Harris notes, Central Park's Bethesda Terrace, on which the square's fountain plaza is modeled, does not have urns around its fountain. Harris is skeptical there were ever urns on the fountain originally. Referring to the landscape architect who has done the park's current redesign plan, Harris said, "Urns are a George Vellonakis fantasy with no basis in history except for that 20 or so years when the square was gussied up with urns."

**Koch on drugs:** Former Mayor Ed Koch has been lobbying to get Canadian pharmaceuticals across the border and into the U.S., where they would sell for 50 percent the cost of domestically priced drugs. Hizzoner recently wrote Mark Kissinger, deputy secretary to the governor for health and human services, to ask Governor Pataki to join the other seven governors who back re-importing American-made pharmaceuticals after they've been sent to Canada. But Koch says Kissinger told him the fear is the drugs might have been tampered with, so it's dangerous to re-import them. "That's bulls—t!" Koch said. "They're made in the U.S.A.!" Koch says he takes 10 prescription drugs every morning, and "They work." Despite suffering a stroke in 1986 and a heart attack in 1999, he's doing very well. But like other seniors, he'd feel better if he didn't have to pay through the nose for his pills.

**Cohen of Arabia:** According to John Penley, self-described "dog-sitter and errand boy" for radical attorney Stanley Cohen, it now looks like Cohen may not get Saddam Hussein after all as a client in his upcoming trial. Cohen was recently able to get into Iraq, though was unable to meet with Hussein's family. According to friends of Hussein's family whom Cohen spoke to, the family has reportedly fired all their lawyers because they don't feel it's going to be a fair trial and are



# About the New York State Board of Elections

## Commissioners

- Peter S. Kosinski / Co-Chair
- Douglas A. Kellner / Co-Chair
- Andrew J. Spano / Commissioner
- Gregory P. Peterson / Commissioner

## Executive Directors

- Todd D. Valentine / Co-Executive Director
- Robert A. Brehm / Co-Executive Director

## Mission Statement



The State Board of Elections was established in the Executive Department June 1, 1974 as a bipartisan agency vested with the responsibility for administration and enforcement of all laws relating to elections in New York State. The Board is also responsible for regulating disclosure and limitations of a Fair Campaign Code intended to govern campaign practices. In conducting these wide-ranging responsibilities, the Board offers assistance to local election boards and investigates complaints of possible statutory violations. In addition to the regulatory and enforcement responsibilities the board is charged with the preservation of citizen confidence in the democratic process and enhancement in voter participation in elections.

BOE - About NYC Board of Elections                                    http://vote.nyc.ny.us/html/about/about.shtml

Español |

 **CITY OF NEW YORK**

Home

**About NYC Board of Elections**

Mission Statement
Commissioners & Management
Commissioners' Minutes
Commissioners Meeting Agendas
Live Meetings & Hearings
Video Archive
Personnel Guidelines

**For Voters**

**Mark It, Scan It, Vote!**

**For Poll Workers**

**For Candidates**

**Election Dates**

**Certified Election Results**

**News**

**Publications & Forms**

**Requests for Information**

**Employment Opportunities**

**Contact NYC Board of Elections**

 Fan us on Facebook

 Follow us on Twitter

 Follow us on Instagram

 Watch us on Youtube

 Get ADOBE® READER®

## ABOUT NYC BOARD OF ELECTIONS

The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.

The Board is responsible under New York State Election Law for the following:

- Voter registration, outreach and processing
- Maintain and update voter records
- Processing and verification of candidate petitions/documents
- Campaign finance disclosures of candidates and campaign committees
- Recruiting, training and assigning the various Election Day officers to conduct elec
- Operate poll site locations
- Maintain, repair, setup and deploy the Election Day operation equipment
- Ensure each voter their right to vote at the polls or by absentee ballot
- Canvassing and certification of the vote
- Voter education, notification and dissemination of election information
- Preparation of maps of various political subdivisions.

© Copyright 2014 All Rights Reserved

BOE - About NYC Board of Elections                                    http://vote.nyc.ny.us/html/about/about.shtml

Español |



BOARD OF ELECTIONS
IN THE **CITY OF NEW YORK**

Share    Translate

**Home**

**About NYC Board of Elections**

Mission Statement
Commissioners & Management
Commissioners' Minutes
Commissioners Meeting Agendas
Live Meetings & Hearings
Video Archive
Personnel Guidelines

**For Voters**

**Mark It, Scan It, Vote!**

**For Poll Workers**

**For Candidates**

**Election Dates**

**Certified Election Results**

**News**

**Publications & Forms**

**Requests for Information**

**Employment Opportunities**

**Contact NYC Board of Elections**

 Fan us on Facebook

 Follow us on Twitter

 Follow us on Instagram

 Watch us on Youtube

 Get ADOBE® READER®

### ABOUT NYC BOARD OF ELECTIONS

The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.

The Board is responsible under New York State Election Law for the following:

- Voter registration, outreach and processing
- Maintain and update voter records
- Processing and verification of candidate petitions/documents
- Campaign finance disclosures of candidates and campaign committees
- Recruiting, training and assigning the various Election Day officers to conduct elec
- Operate poll site locations
- Maintain, repair, setup and deploy the Election Day operation equipment
- Ensure each voter their right to vote at the polls or by absentee ballot
- Canvassing and certification of the vote
- Voter education, notification and dissemination of election information
- Preparation of maps of various political subdivisions.

© Copyright 2014 All Rights Reserved

## CensusViewer – Graphs & Tables: Race by Age

## CensusViewer – Graphs & Tables: Hispanic/Latino Origin

X
Download Reports for New York County, New York



Click here to download a sample Census 2000 Race PDF.



Click here to download a sample Census 2000 Latino PDF.



Click here to download a sample Voter PDF.
**Here's what you get...**
PDF Reports for:

# Exhibit 6

# About the New York State Board of Elections

## Commissioners

- Peter S. Kosinski / Co-Chair
- Douglas A. Kellner / Co-Chair
- Andrew J. Spano / Commissioner
- Gregory P. Peterson / Commissioner

## Executive Directors

- Todd D. Valentine / Co-Executive Director
- Robert A. Brehm / Co-Executive Director

## Mission Statement



The State Board of Elections was established in the Executive Department June 1, 1974 as a bipartisan agency vested with the responsibility for administration and enforcement of all laws relating to elections in New York State. The Board is also responsible for regulating disclosure and limitations of a Fair Campaign Code intended to govern campaign practices. In conducting these wide-ranging responsibilities, the Board offers assistance to local election boards and investigates complaints of possible statutory violations. In addition to the regulatory and enforcement responsibilities the board is charged with the preservation of citizen confidence in the democratic process and enhancement in voter participation in elections.

BOE - About NYC Board of Elections                    http://vote.nyc.ny.us/html/about/about.shtml

Español |



# CITY OF NEW YORK

**Home**

**About NYC Board of Elections**

Mission Statement
Commissioners & Management
Commissioners' Minutes
Commissioners Meeting Agendas
Live Meetings & Hearings
Video Archive
Personnel Guidelines

**For Voters**

**Mark It, Scan It, Vote!**

**For Poll Workers**

**For Candidates**

**Election Dates**

**Certified Election Results**

**News**

**Publications & Forms**

**Requests for Information**

**Employment Opportunities**

**Contact NYC Board of Elections**

  Fan us on Facebook

  Follow us on Twitter

  Follow us on Instagram

  Watch us on Youtube

  Get ADOBE® READER®

## ABOUT NYC BOARD OF ELECTIONS

The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.

The Board is responsible under New York State Election Law for the following:

- Voter registration, outreach and processing
- Maintain and update voter records
- Processing and verification of candidate petitions/documents
- Campaign finance disclosures of candidates and campaign committees
- Recruiting, training and assigning the various Election Day officers to conduct elec
- Operate poll site locations
- Maintain, repair, setup and deploy the Election Day operation equipment
- Ensure each voter their right to vote at the polls or by absentee ballot
- Canvassing and certification of the vote
- Voter education, notification and dissemination of election information
- Preparation of maps of various political subdivisions.

© Copyright 2014 All Rights Reserved

Español |



# BOARD OF ELECTIONS
## CITY OF NEW YORK

**Home**

**About NYC Board of Elections**

Mission Statement
Commissioners & Management
Commissioners' Minutes
Commissioners Meeting Agendas
Live Meetings & Hearings
Video Archive
Personnel Guidelines

**For Voters**

**Mark It, Scan It, Vote!**

**For Poll Workers**

**For Candidates**

**Election Dates**

**Certified Election Results**

**News**

**Publications & Forms**

**Requests for Information**

**Employment Opportunities**

**Contact NYC Board of Elections**

 Fan us on Facebook

 Follow us on Twitter

 Follow us on Instagram

 Watch us on Youtube

 Get ADOBE* READER*

### ABOUT NYC BOARD OF ELECTIONS

The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.



The Board is responsible under New York State Election Law for the following:

- Voter registration, outreach and processing
- Maintain and update voter records
- Processing and verification of candidate petitions/documents
- Campaign finance disclosures of candidates and campaign committees
- Recruiting, training and assigning the various Election Day officers to conduct elec
- Operate poll site locations
- Maintain, repair, setup and deploy the Election Day operation equipment
- Ensure each voter their right to vote at the polls or by absentee ballot
- Canvassing and certification of the vote
- Voter education, notification and dissemination of election information
- Preparation of maps of various political subdivisions.

© Copyright 2014 All Rights Reserved

## CensusViewer - Graphs & Tables: Race by Age

## CensusViewer - Graphs & Tables: Hispanic/Latino Origin

X
Download Reports for New York County, New York



Click here to download a sample Census 2000 Race PDF.



Click here to download a sample Census 2000 Latino PDF.



Click here to download a sample Voter PDF.
Here's what you get...
PDF Reports for:

# Exhibit 7



EF159455146US

FREDERIC M. UMANE
President

ROSANNA VARGAS
Secretary

JOSE MIGUEL ARAUJO.
JOHN FLATEAU
MARIA R. GUASTELLA
MICHAEL MICHEL
ALAN SCHULKIN
SIMON SHAMOUN
ROBERT SIANO
JOHN Wm. ZACCONE
Commissioners

**BOARD OF ELECTIONS**
IN
THE CITY OF NEW YORK
EXECUTIVE OFFICE, 32 BROADWAY
NEW YORK, NY 10004–1609
(212) 487–5300
www.vote.nyc.ny.us

MICHAEL J. RYAN
Executive Director

DAWN SANDOW
Deputy Executive Director

PAMELA GREEN PERKINS
Administrative Manager

GEORGEA KONTZAMANIS
Operations Manager

STEVEN H. RICHMAN
GENERAL COUNSEL

Bill Murawski
(Candidate/Contact Person)

July 27, 2017

Dear Sir:

The Commissioners of Elections (or duly constituted committee thereof), pursuant to the provisions of Rule D6 of the Board's Designating Petition Rules for the September 12, 2017 Primary Election, at a meeting held on July 25, 2017, determined that the following **will not appear on the ballot** for the September 12, 2017 Primary Election since the Amended Cover Sheet filed **did not** comply with the New York State Election Law and/or the Rules of the Board of Elections for the following reason:

The Amended Cover Sheet does not contain a statement that the petition contains a sufficient number, or in excess of the number, of valid signatures required by the Election Law or the New York City Charter.

| Candidate | Party | Office/Position | District |
|-----------|-------|-----------------|----------|
| Bill Murawski | Democratic | Mayor | Citywide |

Received
AUG 9th 2017
NOON

Very truly yours,

THE COMMISSIONERS OF ELECTIONS
IN THE CITY OF NEW YORK

RECEIVED
GENERAL COUNSEL
BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
2017 JUL 27 P 5:36

The New York Times    https://nyti.ms/1aWpHII

N.Y. / REGION

# Lever Voting Machines and New Runoff Date Are Approved by Cuomo

By THOMAS KAPLAN    JULY 9, 2013

The New York City Board of Elections voted unanimously on Tuesday to use lever voting machines for the mayoral primary election and the runoff that is expected to follow.

The board's action came a day after Gov. Andrew M. Cuomo signed legislation that authorized the return of the machines, which had been replaced in 2010 by more modern electronic voting devices. The measure signed by Mr. Cuomo also moves the date of the runoff to Oct. 1, from Sept. 24.

"Using the lever machines gives us a much greater degree of confidence that we'll be able to conduct a primary and runoff in the time frame appropriated," said Steven H. Richman, the general counsel for the Board of Elections, who described the change as a "temporary, short-term accommodation."

Government watchdog groups and advocates for people with disabilities had hoped that Mr. Cuomo, a Democrat, would veto the legislation allowing the return of the lever machines. And his approval message suggested that he was signing the measure with misgivings: The governor described the return of the lever machines as "a poor solution" that "poses significant problems for voters," including people with disabilities.

"Nevertheless, circumstances require that I sign this bill into law," he wrote. "Preventing the use of lever voting machines through a veto could profoundly impact the integrity of this year's elections."

The elections board asked for the change, arguing that it would probably not be able to tabulate the primary results using the optical scan voting machines and then prepare for a runoff.

Case 1:17-cv-06859-RWS    Document 13-2    Filed 10/06/17    Page 72 of 72

"Obviously this process has been a wake-up call for us," said Simon Shamoun, the Republican elections commissioner from Brooklyn. He said the optical scan machines "are not going anywhere" and added, "We have four years to figure it out, and hopefully we're not in this position next time around."

The primary is scheduled for Sept. 10. The Oct. 1 runoff will be held if no candidate for mayor, public advocate or comptroller gets 40 percent of the vote. The general election is Nov. 5, and on that date, the city would again use optical scan voting machines.

Lawmakers opted to move the date of the runoff because the original date, Sept. 24, was during the Jewish holiday of Sukkot.

A version of this article appears in print on July 10, 2013, on Page A18 of the New York edition with the headline: Board Votes To Reinstate Old Machines For Primary.

---

© 2017 The New York Times Company