UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

WILLIAM MURAWSKI,

            Plaintiff,

  - against -

NEW YORK STATE BOARD OF ELECTIONS,
NEW YORK CITY BOARD OF ELECTIONS, and
NEW YORK CITY CAMPAIGN FINANCE BOARD

            Defendants.

------------------------------------------X

17 Civ. 6859 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/17

**Sweet, D.J.**

      Defendants' motion to dismiss shall be taken on submission on November 29, 2017. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**October 17, 2017**

                              ROBERT W. SWEET
                                  U.S.D.J.