N.Y.S.D. Case #
17-cv-6859(RWS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand seventeen.

Before:     Denny Chin,
              *Circuit Judge.*

William Murawski,

    Petitioner,

v.

New York State Board of Elections, New York City Campaign Board,

    Respondents.

**ORDER**

Docket No. 17-3600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 06, 2017

Petitioner William Murawski, *pro se*, filed a petition for writ of mandamus and seeks a temporary restraining order to temporarily postpone the general election to be held on November 7, 2017.

IT IS HEREBY ORDERED that the petition for a writ of mandamus is REFERRED to a three-judge panel. IT IS FURTHER ORDERED that the request for a temporary restraining order to postpone the November 7, 2017 election is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/06/2017