UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM MURAWSKI,
                              Plaintiff,

                    -against-

NEW YORK STATE BOARD OF ELECTIONS,
NEW YORK CITY BOARD OF ELECTIONS, and
NEW YORK CITY CAMPAIGN FINANCE
BOARD,
                              Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/26/18__

17 **CIVIL** 6859 (RWS)

## JUDGMENT

Defendants New York City Board of Elections (the "City Board"), New York City

Campaign Finance Board (the "Finance Board") (collectively, the "City Defendants"), and New

York State Board of Elections (the "State Board") (altogether the "Defendants") having moved

to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before

the Honorable Robert W. Sweet, United States District Judge, and the Court, on January 25,

2018, having rendered its Opinion granting the Defendants' motions to dismiss, and dismissing

the Plaintiff's Amended Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion dated January 25, 2018, the Defendants' motions to dismiss are granted, and the

Plaintiff's Amended Complaint is dismissed.

**Dated:**  New York, New York
        January 26, 2018

                              **RUBY J. KRAJICK**

                              _____
                              **Clerk of Court**

               BY:
                              _____
                              **Deputy Clerk**