**MANDATE**

S.D.N.Y.-N.Y.C.
17-cv-6859
Sweet, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand eighteen.

Present:
 Amalya L. Kearse,
 Guido Calabresi,
 Debra Ann Livingston,
  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 16, 2018

William Murawski,

 *Petitioner*,

v. 17-3600

New York State Board of Elections, New York City Campaign Board,

 *Respondents*.

Petitioner, pro se, has filed a petition for a writ of mandamus for a temporary restraining order to postpone the November 2017 elections, to have his name placed on the ballot, and for the district court to rule on his complaint. Additionally, Petitioner moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is denied as moot because his request for a temporary restraining order was denied in this Court in November, the district court dismissed his complaint, and the passage of an election renders moot a mandamus petition seeking to have the petitioner placed on the ballot. *Brockington v. Rhodes*, 396 U.S. 41, 43-44 (1969).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/16/2018